CO-386-online
10/03

# United States District Court
# For the District of Columbia

Tom G. Palmer, et al.          )
                               )
                               )
                               )
              Plaintiff        )     Civil Action No._____
         vs                    )
                               )
District of Columbia, et al.   )
                               )
                               )
              Defendant        )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Second Amendment Foundation, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Second Amendment Foundation, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

**453449**
BAR IDENTIFICATION NO.

**Alan Gura**
Print Name

**101 N. Columbus Street, Suite 405**
Address

**Alexandria    VA        22314**
City           State     Zip Code

**703.835.9085**
Phone Number