IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, et al., | Case No. 09-CV-1482-HHK |
| Plaintiffs, | RETURN OF SERVICE |
| v. | |
| DISTRICT OF COLUMBIA, et al., | |
| Defendants. | |

## RETURN OF SERVICE

I, Alan Gura, am competent to state, and if called upon would testify to the following based on my personal knowledge:

1. I am over the age of 18 and not a party to this action.

2. On August 6, 2009, I effected service on defendants District of Columbia and Cathy Lanier by personally delivering copies of the complaint and original summonses to: Gayle Rivers, Office of the Attorney General, 441 4th Street, N.W., Sixth Floor South, Washington, D.C.; Joseph Wright, on behalf of Mayor Adrian Fenty, Executive Office of the Mayor, 1350 Pennsylvania Avenue, N.W., Suite 316, Washington, D.C.; and Brenda Wilmore, on behalf of Cathy Lanier, Metropolitan Police Department, 300 Indiana Avenue, N.W., Room 4125, Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 6th day of August, 2009.

_____
Alan Gura