UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, *et al.* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 09-01482 (HHK) ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) |
| Defendants. | ) ) |

ORDER

Upon consideration of the defendants' Consent Motion to Enlarge Time to Respond, the Memorandum of Points and Authorities in Support thereof, opposing counsel's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District's Consent Motion to Enlarge Time to Respond be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the District's response to the Complaint is due on or before September 9, 2009.

SO ORDERED.

DATE: _____          _____
                                    HENRY H. KENNEDY
                                    United States District Judge