IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, et al., ) | Case No. 09-CV-1482-HHK |
| ) | |
| Plaintiffs, ) | MOTION FOR SUMMARY |
| ) | JUDGMENT [F. R. Civ. Proc. 56] |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, Tom G. Palmer, George Lyon, Edward Raymond, Amy McVey, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move the Court for entry of Summary Judgment in their favor and against Defendants pursuant to Federal Rule of Civil Procedure 56.

Dated: August 26, 2009         Respectfully submitted,

                                                     Alan Gura (D.C. Bar No. 453449)
                                                     Gura & Possessky, PLLC
                                                     101 N. Columbus Street, Suite 405
                                                     Alexandria, VA 22314
                                                     703.835.9085/Fax 703.997.7665

                                        By:   /s/Alan Gura_____
                                                     Alan Gura

                                                     Attorney for Plaintiffs