IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-HHK |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion for summary judgment. There being no issue of material fact, and as Plaintiffs are entitled as a matter of law, the Court hereby GRANTS the motion.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are PERMANENTLY ENJOINED from enforcing D.C. Code § 7-2502.02(a)(4) to ban registration of handguns to be carried for self-defense by law-abiding citizens, which is hereby declared unconstitutional.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are PERMANENTLY ENJOINED from denying firearm registrations and handgun carry permits on account of lack of residence within the District of Columbia; and

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are further ENJOINED from enforcing D.C. Code § 22-4504(a) until such time as they adopt a licensing mechanism consistent with constitutional standards enabling individuals to obtain licenses to carry handguns.

SO ORDERED.

This the ____ day of _____, 2009.

 _____
 The Hon. Henry H. Kennedy
 United States District Judge

Copies to:
ECF Counsel