IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, et al., ) | Case No. 09-CV-1482-HHK |
| ) | |
| Plaintiffs, ) | **DECLARATION OF** |
| ) | **TOM G. PALMER** |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF TOM G. PALMER

I, Tom G. Palmer, am competent to state, and declare the following based on my personal knowledge:

1. I am a resident of the District of Columbia and a United States citizen over 21 years of age. I am fully qualified to possess handguns under federal and District of Columbia law.

2. I would carry a functional handgun in public for self-defense, but refrain from doing so because I fear arrest, prosecution, and fine, as I do not possess a license to publicly carry a handgun in the District of Columbia.

3. I sought to register a handgun in the District of Columbia so that I might carry it for self-defense.

4. Exhibit A is a true and correct copy of a letter I received from the Metropolitan Police Department.

5. The police subsequently approved my application to register the handgun for home self-defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of August, 2009.

*[signature]*

Tom G. Palmer

*26th August 2009*