IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-HHK |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF** |
| | ) | **EDWARD RAYMOND** |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF EDWARD RAYMOND**

I, Edward Raymond, am competent to state, and declare the following based on my personal knowledge:

1. I am an honorably discharged Navy veteran and citizen of the United States.

2. I own a home in Waldorf, Maryland, and am currently enrolled as a student in the Franklin Pierce Law Center in New Hampshire while also maintaining employment as a Patent Examiner. I hold a Master of Business Administration degree, as well as a Master of Science degree in Electrical Engineering, and have started various successful businesses.

3. On April 6, 2007, I was stopped by District of Columbia Police for allegedly speeding.

4. At the time the police stopped me, I held licenses to carry a handgun issued by the states of Maryland and Florida, which I still hold.

5. Although I was not charged with a traffic violation, I was charged with carrying a pistol without a license because my loaded handgun was located in my car's center console.

6. I subsequently pled guilty to misdemeanor possession of an unregistered firearm and unregistered ammunition, and successfully completed a sentence of probation.

7. I would carry a functional handgun in public for self-defense, but refrain from doing so because I fear arrest, prosecution, and fine, as I do not possess a license to publicly carry a handgun in the District of Columbia.

8. On June 26, 2009, I sought to register a handgun in the District of Columbia, but was refused an application form on account of my lack of residence in the District.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of August, 2009.

_____
Edward Raymond