IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-HHK |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF** |
| | ) | **AMY MCVEY** |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF AMY MCVEY

I, Amy McVey, am competent to state, and declare the following based on my personal knowledge:

1. I am a resident of the District of Columbia and citizen of the United States over 21 years of age. I am fully qualified to possess handguns under federal and District of Columbia law.

2. I would carry a functional handgun in public for self-defense, but refrain from doing so because I fear arrest, prosecution, and fine, as I do not possess a license to publicly carry a handgun in Washington, D.C.

3. I am licensed by the state of Virginia to carry a handgun in public.

4. I sought to register a handgun in the District of Columbia so that I might carry it for self-defense.

5. Exhibit C is a true and correct copy of a letter I received from the Metropolitan Police Department.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of August, 2009.

_____
Amy McVey