IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, et al., ) | Case No. 09-CV-1482-HHK |
| ) | |
| Plaintiffs, ) | **DECLARATION OF** |
| ) | **ALAN GOTTLIEB** |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ALAN GOTTLIEB

I, Alan Gottlieb, am competent to state, and declare the following based on my personal knowledge:

1. I am the Executive Vice President of the Second Amendment Foundation, Inc. (SAF).

2. SAF is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington.

3. SAF has over 650,000 members and supporters nationwide, including the District of Columbia.

4. The purposes of SAF include education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control.

5. SAF expends its resources encouraging the exercise of the right to bear arms, and advising and educating its members, supporters, and the general public about the law with respect to the public carrying of handguns Washington, D.C..

6. The issues raised by, and consequences of, Defendants' policies, are of great interest to SAF's constituency.

7. Defendants' policies regularly cause the expenditure of resources by SAF as people turn to this organization for advice and information about carrying handguns in the District of Columbia.

8. Defendants' policies bar SAF's members and supporters from obtaining permits to carry handguns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of August, 2009.

_____
Alan Gottlieb