

**Gun Control and Firearms Registration**

300 Indiana Ave. N.W. Room 3169, Washington D.C., 20001   (202) 727-4275   FAX (202) 724-2410

April 8, 2009

Mr. George Lyon

Dear Mr. Lyon,

This is to advise you that your application to register a **Glock, model 31, .357 caliber handgun, bearing serial # C00045137** has been disapproved for the following reason(s):

  **1. The Intended storage and use of the firearm as stated on your firearms registration application, "carrying personal protection, keep at home or office" is unacceptable per the "Firearms Registration Emergency Amendment Act of 2008", which states that pistols may only be registered by D.C. residents for protection within the home.**

You have 15 days from the date this notice is received to appeal this decision. A copy of the regulations governing such appeals is attached for your information. Appeals should be sent to the Director, Identification and Records Division, Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington, D.C. 20001.

If you do not file your appeal within the time allowed, you shall be deemed to have conceded the validity of the reason or reasons stated in this notice, and the (denial) (revocation) shall become final.

In the event you do not submit further evidence, you must do one of the following within 7 days after the decision becomes final: (1) peaceably surrender to the police the firearm for which registration was revoked or disapproved; (2) lawfully remove such firearm from the District of Columbia for so long as you have an interest in such firearm; or, (3) otherwise lawfully dispose of your interest in such firearm.

☐  Your application has not been acted upon within the 60 day period because

_____

_____

You will be notified as soon as the missing information is received and the application review process is completed.

FOR APPEALS INSTRUCTIONS SEE REVERSE SIDE

FL-63 REV 7/08

Page 1 of 2

## REGULATIONS GOVERNING APPEALS

### Denial and Revocation Procedures

(a)      Whenever the Firearms Registration Section has reason to believe that an applicant is not eligible to receive a certificate, or a holder has become ineligible to retain his certificate, the Supervisor shall issue a notice of proposed denial or revocation to the applicant or holder. The notice shall set forth the facts and law relied upon in determining that the application should be denied or revoked. The applicant or holder shall have 15 days from the date of receipt (excluding the date of receipt, Saturdays, Sundays and legal holidays), to submit further evidence in support of the application or his qualifications to retain his certificate. Such further evidence shall be submitted to the Director, and may include a request for a hearing. The reason why a hearing is necessary shall be stated in the request. If no further evidence is received by the Director within such time, the applicant or holder shall be deemed to have conceded the validity of the reason stated in the notice and the denial or revocation shall become final. A copy of the application or certificate, so marked, shall be returned to the applicant or holder.

(b)      If the applicant or holder shall make a submission within the time specified in paragraph (a), the Director shall within 10 days of its receipt (excluding the date of receipt, Saturdays, Sundays and legal holidays), issue a notice of his final decision. The Director's notice of final decision shall become effective immediately unless a stay is granted either by the Director or the District of Columbia Court of Appeals.

(c)      A request for a hearing shall be granted unless the request for a hearing tends to show that the only disputed matters concerns a question of policy. If a hearing is granted the Director shall notify the applicant or holder of the date, time, location, and the name of the person before whom the hearing will be held within the time limit established in paragraph (b). Such notification shall be made not less than 7 calendar days in advance of the date set for the hearing. On conclusion of the hearing and consideration of all relevant facts and circumstances presented in writing or orally, the Director shall render his decision affirming or reversing the denial of the application or revocation of the certificate. If the decision is that the denial or revocation should be affirmed, a copy of the Director's findings of fact and conclusions of law based on the evidence of record shall be sent to the applicant or holder within 10 days (excluding Saturdays, Sundays and legal holidays) of the conclusion of the hearing, together with a copy of the application or certificate marked "denied" or "revoked", as the case may be. If the decision is that the denial or revocation should be reversed, the Director shall issue a certificate to the applicant, or notify the holder of his decision within such time.

(d)      All hearings conducted under this section shall be recorded. The Director may designate someone other than himself to conduct the hearing provided for under this section provided such person took no part in the investigation and decision-making process prior to the issuance of the proposed notice to deny or revoke and is senior in rank or position to the Supervisor issuing such proposed notice.

(e)      Within 7 days (excluding Saturdays, Sundays and legal holidays), after an unfavorable decision becomes effective, an applicant or holder in possession of a firearm for which a certificate has been denied or revoked shall (A) surrender such weapon to the Firearms Registration Section; (B) lawfully remove such firearm from the District for so long as he has a legal interest in such firearm; or (C) lawfully dispose of such firearm. In the event option (B) or (C) is elected by the applicant or holder, he shall certify in writing, under oath, the action taken. A holder who has been revoked shall also surrender his certificate to the Firearms Registration Section within such time.