

**Gun Control and Firearms Registration**

300 Indiana Ave. N.W. Room 3169, Washington D.C., 20001   (202) 727-4275   FAX (202) 724-2410

July 7, 2009

Ms. Amy McVey

Dear Ms. McVey,

☑ This is to advise you that your application to register a **Smith&Wesson, model M&P 40c, .40 caliber handgun, bearing serial # MCP1520** has been disapproved for the following reason(s):

    ○ 1. **The Intended storage and use of the firearm as stated on your firearms registration application, "I inetend to carry the loaded firearm in public for self defense when not stored at my home." is unacceptable per the "Firearms Registration Emergency Amendment Act of 2008", which states that pistols may only be registered by D.C. residents for protection within the home.**

You have 15 days from the date this notice is received to appeal this decision. A copy of the regulations governing such appeals is attached for your information. Appeals should be sent to the Director, Identification and Records Division, Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington, D.C. 20001.

If you do not file your appeal within the time allowed, you shall be deemed to have conceded the validity of the reason or reasons stated in this notice, and the (denial) (revocation) shall become final.

In the event you do not submit further evidence, you must do one of the following within 7 days after the decision becomes final: (1) peaceably surrender to the police the firearm for which registration was revoked or disapproved; (2) lawfully remove such firearm from the District of Columbia for so long as you have an interest in such firearm; or (3) otherwise lawfully dispose of your interest in such firearm.

☐ Your application has not been acted upon within the 60 day period because

_____

You will be notified as soon as the missing information is received and the application review process is completed.

FOR APPEALS INSTRUCTIONS SEE REVERSE SIDE

FL-63 REV 7/08

**METROPOLITAN POLICE DEPARTMENT | WASHINGTON, DC**

# APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE
$13 FEE REQUIRED WITH THIS APPLICATION. PLEASE PRINT ALL INFORMATION.

REGISTRATION NUMBER

DATE REGISTERED

This application for a Firearms Registration Certificate must be hand-carried to the Metropolitan Police Department, Firearms Registration Section, 300 Indiana Avenue, NW, Washington, D.C. 20001 by the purchaser. The purchaser **MUST**:
1. Be fingerprinted by the Metropolitan Police Department. However, if the purchaser has been fingerprinted by this department within five (5) years prior to submitting this application, he or she need not be fingerprinted again if he or she offers other satisfactory proof of identity.
2. Submit with this application two full-face photographs of himself/herself, 1¾ x 1⅛ inches, taken within 30 days of filing this application.
3. Have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient).
4. Demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.

DEALER'S LICENSE NO. 1-54-000-01 / 95-39037

**No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.**

SELLER'S NAME: CS Exchange LTD
STREET ADDRESS: [illegible]  APT. NO:
CITY: [illegible]   ZIP CODE: DC [illegible]

PURCHASER/OWNER'S NAME: Amy B McVey
STREET ADDRESS:   APT. NO:
CITY:

**DESCRIPTION OF FIREARM**
☐ NEW   ☐ USED   MAKE OF WEAPON: Smith & Wesson
MODEL: M&P 40   SERIAL NUMBER: MCP1520
MANUFACTURER'S ID NO: Mag S&W   NO. OF SHOTS: 10   CALIBER: 40
NO. OF BARRELS/LENGTH:   FINISH:   TYPE OF ACTION:
IDENTIFYING MARKS:

**DESCRIPTION OF PURCHASER/OWNER**
DATE OF BIRTH:   PLACE OF BIRTH: DC
OPERATOR'S PERMIT NUMBER:   RACE:   SEX: F
OCCUPATION: Tax Prep   BUSINESS NAME:
BUSINESS ADDRESS:   DC
HOME:

PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF RESIDENCE:
Same

PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE (5) YEARS, WITH DATES OF EMPLOYMENT:

HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA OR ELSEWHERE ANY PISTOL, RIFLE, OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE? ☒ NO ☐ YES
IF YES, PLEASE EXPLAIN WHY AND BY WHOM

**DISAPPROVED**

HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE, OR SHOTGUN? ☒ NO ☐ YES
IF YES, EXPLAIN CIRCUMSTANCES, INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.

GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIREARM AND WHERE THE FIREARM WILL BE KEPT.

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT.

SIGNATURE OF SELLER: [signature]   DATE: 7-7-09
SIGNATURE OF PURCHASER/OWNER: [signature]   DATE: 7-7-09

**The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.**

# NOTICE
This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped "APPROVED" by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

# THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.

PD-219 Rev. 07/08

# About the Firearms Control Regulations Act of 1975

The following is an excerpt from the "Firearms Control Regulations Act of 1975."

Title II — Firearms and Destructive Devices

Section 208 — Additional Duties of Registrants
Each person and organization holding a registration certificate, in addition to any other requirements imposed by this act, or the Acts of Congress, shall:
   (a) notify the Chief in writing of:
      (1) the loss, theft, or destruction of the registration certificate or of a registered firearm (including the circumstances, if known) immediately upon discovery of such loss, theft, or destruction;
      (2) a change in any of the information appearing on the registration certificate or required by Section 203 of this act;
      (3) the sale, transfer, or other disposition of the firearm not less than forty-eight (48) hours prior to delivery, pursuant to such sale, transfer, or other disposition, including —
         (A) identification of the registrant, the firearm, and the serial number of the registration certificate;
         (B) the name, residence, and business address and date of birth of the person to whom the firearm has been sold or transferred; and
         (C) whether the firearm was sold or how it was otherwise transferred or disposed of.
   (b) return to the Chief, the registration certificate for any firearm which is lost, stolen, destroyed, or otherwise transferred or disposed of, at the time he or she notified the Chief of such loss, theft, destruction, sale, transfer, or other disposition.
   (c) have in his or her possession, whenever in possession of a firearm, the registration certificate for such firearm, and exhibit the same upon the demand of a member of the Metropolitan Police Department, or other law enforcement officers.

Title VII — General Provisions

Section 702 — Except for law enforcement personnel described in Section 201 (b)(1), each registrant shall keep any firearm in his/her possession unloaded and disassembled or bound by a trigger lock or other similar device, unless such firearm is kept at his or her place of business, or while being used for lawful recreational purposes within the District of Columbia.

## Learn More

For more information about the District's gun registration process, please call the Firearms Registration Hotline at **(202) 727-9490** or call the Firearms Registration Section at **(202) 727-4275** between 9 am and 5 pm Monday – Friday. Learn more at **www.mpdc.dc.gov/gunregistration**.

[Stamp: METROPOLITAN POLICE DEPARTMENT RECORDS DEPARTMENT RECEIVED DATE 2/7/07]

[Stamp: DISAPPROVED]