UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, *et al.* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 09-01482 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

DEFENDANTS' OPPOSITION TO
PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Fed. R. Civ. P. 56(e) and LCvR 56.1, defendants (collectively, "the District"), by and through undersigned counsel, hereby respectfully submit their Opposition to Plaintiffs' Separate Statement of Undisputed Material Facts in the above-captioned case.

Plaintiffs' 38-paragraph Separate Statement of Undisputed Material Facts ("PSMF") is prolix, fails to specifically identify any material facts at issue here, and contains argument and legal conclusions masquerading as facts, most of which are undisputed or immaterial. *See, e.g., Robertson v. American Airlines, Inc.*, 239 F.Supp. 2d 5, 8–9 (D.D.C. 2002) (statement of undisputed material facts should "logically and efficiently" review relevant background facts, cite to the record, and should *not* "contain argument") (emphasis added) (*citing Jackson v. Finnegan, Henderson*, 101 F.3d 145, 153 n.6 (D.C. Cir. 1996)). *See also Twist v. Meese*, 854 F.2d 1421, 1425 (D.C. Cir. 1988) (burden is on parties to "isolate the facts that are deemed to be material, and to distinguish those facts which are disputed from those that are undisputed.").

In response to the numbered paragraphs of the PSMF, the District responds as follows:

1. The District objects to paragraph 1 of the PSMF because it is not a material fact but a statement of law.

2. The District objects to paragraph 2 of the PSMF because it is not a material fact but a statement of law.

3. The District does not dispute paragraph 3 of the PSMF.

4. The District does not dispute paragraph 4 of the PSMF.

5. The District objects to paragraph 5 of the PSMF because it is not a material fact but a statement of law.

6. The District objects to paragraph 6 of the PSMF because it is not a material fact but a statement of law.

7. The District objects to paragraph 7 of the PSMF because it is not a material fact but a statement of law.

8. The District objects to paragraph 8 of the PSMF because it is not a material fact but a statement of *repealed* law.

9. The District does not dispute paragraph 9 of the PSMF, but it is immaterial (if not irrelevant) to the resolution of the instant motions.

10. The District objects to paragraph 10 of the PSMF because it is not a material fact but a statement of law.

11. The District objects to paragraph 11 of the PSMF because it is not a material fact but a statement of law, without citation to authority or the record.

12. The District objects to paragraph 12 of the PSMF because it is not a material fact but a statement of an individual plaintiff's intent.

13. The District does not dispute paragraph 13 of the PSMF.

14. The District does not dispute paragraph 14 of the PSMF.

15. The District does not dispute paragraph 15 of the PSMF.

16. The District objects to paragraph 16 of the PSMF because it is not a material fact but a statement of an individual plaintiff's intent.

17. The District objects to paragraph 17 of the PSMF because it is immaterial to the resolution of the instant motions.

18. The District does not dispute paragraph 18 of the PSMF.

19. The District does not dispute paragraph 19 of the PSMF.

20. The District does not dispute paragraph 20 of the PSMF.

21. The District objects to paragraph 21 of the PSMF because it is immaterial to the resolution of the instant motions.

22. The District does not dispute paragraph 22 of the PSMF.

23. The District objects to paragraph 23 of the PSMF because it is immaterial to the resolution of the instant motions.

24. The District does not dispute paragraph 24 of the PSMF.

25. The District does not dispute paragraph 25 of the PSMF.

26. The District does not dispute paragraph 26 of the PSMF.

27. The District objects to paragraph 27 of the PSMF because it is not a material fact but a statement of an individual plaintiff's intent.

28. The District objects to paragraph 28 of the PSMF because it is not a material fact but a statement of an individual plaintiff's intent.

29. The District objects to paragraph 29 of the PSMF because it is immaterial to the resolution of the instant motions.

30. The District does not dispute paragraph 30 of the PSMF.

31. The District does not dispute paragraph 31 of the PSMF.

32. The District does not dispute paragraph 32 of the PSMF, though it is immaterial to the resolution of the instant motions.

33. The District does not dispute paragraph 33 of the PSMF, though it is immaterial to the resolution of the instant motions.

34. The District does not dispute paragraph 34 of the PSMF, though it is immaterial to the resolution of the instant motions.

35. The District does not dispute paragraph 35 of the PSMF, though it is immaterial to the resolution of the instant motions.

36. The District does not dispute paragraph 36 of the PSMF, though it is immaterial to the resolution of the instant motions.

37. The District does not dispute paragraph 37 of the PSMF, though it is immaterial to the resolution of the instant motions.

38. The District objects to paragraph 38 of the PSMF because it is a legal conclusion.

DATE: September 9, 2009   Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

  /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 730-1470

       /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov