586              PUBLIC LAWS—CHS. 295–297—NOV. 4, 8, 1943             [57 STAT.

[CHAPTER 295]

November 4, 1943
[S. 970]
[Public Law 181]

### AN ACT

Authorizing the Postmaster General to use post-office clerks and city letter carriers interchangeably.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Postmaster General may, in an emergency, when the interest of the Service requires, temporarily assign any post-office clerk to the duties of city delivery carrier or any such carrier to the duties of such clerk and in an emergency, when the interest of the Service requires, may temporarily assign any post-office clerk or city delivery carrier to the duties of a railway postal clerk or any railway postal clerk to the duties of a post-office clerk or city delivery carrier without change of pay-roll status, the compensation of any temporarily assigned employee to be paid from the appropriation made for the work to which he is regularly assigned.

*Postal Service. Interchange of personnel.*

*Termination.*

SEC. 2. This Act shall terminate on June 30, 1945, or such earlier date as the Congress by concurrent resolution may prescribe.

Approved November 4, 1943.

---

[CHAPTER 296]

November 4, 1943
[S. 1151]
[Public Law 182]

### AN ACT

To amend the law of the District of Columbia relating to the carrying of concealed weapons.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 4 of the Act entitled "An Act to control the possession, sale, transfer, and use of pistols and other dangerous weapons in the District of Columbia, to provide penalties, to prescribe rules of evidence, and for other purposes", approved July 8, 1932 (47 Stat. 651; D. C. Code, 1940 edition, title 22, sec. 3204) be, and it hereby is, amended to read as follows:

*District of Columbia.*

*Carrying of a pistol or other dangerous weapon.*

"SEC. 4. No person shall within the District of Columbia carry either openly or concealed on or about his person, except in his dwelling house or place of business or on other land possessed by him, a pistol, without a license therefor issued as hereinafter provided, or any deadly or dangerous weapon capable of being so concealed."

Approved November 4, 1943.

---

[CHAPTER 297]

November 8, 1943
[H. R. 2859]
[Public Law 183]

### AN ACT

To amend the Naval Reserve Act of 1938, as amended.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Naval Reserve Act of 1938, as amended, is hereby further amended as follows:

Strike out section 502 and substitute therefor the following:

*Naval Reserve Act of 1938, amendments.*
56 Stat. 730.
34 U. S. C., Supp.
II, § 857a.

*Women's Reserve. Ranks and ratings.*

"SEC. 502. Members of the Women's Reserve may be commissioned or enlisted in such appropriate ranks and ratings, not above the rank of captain, corresponding to those of the Regular Navy, as may be prescribed by the Secretary of the Navy: *Provided,* That there shall not be more than one officer in the grade of captain, exclusive of officers appointed in the Medical Department of the Naval Reserve: *Provided further,* That military authority of officers commissioned under the provisions of this title may be exercised over women of the Reserve only and is limited to the administration of the Women's Reserve."

*Grade of captain.*

*Military authority of officers.*

56 Stat. 730.
34 U. S. C., Supp.
II, § 857e.

Strike out section 506 and substitute therefor the following: