UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

TOM G. PALMER, *et al.*                        )
                                               )
                        Plaintiffs,            )
                                               )
            v.                                 )            Civil Action No. 09-01482 (HHK)
                                               )
DISTRICT OF COLUMBIA, *et al.*,                )
                                               )
                        Defendants.            )
_____)

ORDER

Upon consideration of the defendants' Consent Motion for Extension of Time to Reply, the Memorandum of Points and Authorities in Support thereof, opposing counsel's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District's Consent Motion for Extension of Time to Reply be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the District's Reply is due on or before October 7, 2009.

SO ORDERED.


DATE: _____              _____
                                        HENRY H. KENNEDY
                                        United States District Judge