IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-HHK |
| | ) | |
| Plaintiffs, | ) | NOTICE OF SUPPLEMENTAL |
| | ) | AUTHORITY |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY

COME NOW the Plaintiffs, Tom G. Palmer, George Lyon, Edward Raymond, Amy McVey, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and alert the Court to newly-decided authority highly relevant to the determination of this case.

Yesterday's decision of the United States District Court for the Southern District of California in *Peruta* v. *County of San Diego*, No. 09-CV-2371, is attached hereto as Exhibit A. In *Peruta*, the Court held that the plaintiff stated a valid claim for relief in claiming that the defendant county's denial of his application for a permit to carry a handgun violated his rights to bear arms, equal protection, and travel.

Dated: January 15, 2010                    Respectfully submitted,

                                                         Alan Gura (D.C. Bar No. 453449)
                                                         Gura & Possessky, PLLC
                                                         101 N. Columbus Street, Suite 405
                                                         Alexandria, VA 22314
                                                         703.835.9085/Fax 703.997.7665

                                          By:  /s/Alan Gura_____
                                               Alan Gura

                                             Attorney for Plaintiffs