UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-01482 (HHK) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE

Defendants the District of Columbia and Chief Cathy Lanier (collectively "the District"), by and through undersigned counsel, respectfully note the issuance, today, of a Memorandum Opinion and Order (copies attached) in *Heller v. District of Columbia*, No. 08-01289 (RMU), granting summary judgment to the defendants on a similar challenge to the District of Columbia's firearms laws.

That decision noted, *inter alia*, that "intermediate scrutiny" was the appropriate standard of review, *see* Mem.Op. at 10–14, and that the disputed provisions withstood such review. The decision held that the provisions "permissibly regulate the exercise of the core Second Amendment right to use arms for the purpose of self-defense in the home." *Id*. at 2.

The decision also stated that the fact that the challenged laws may be more restrictive than other jurisdictions' is "of no moment" because the District is "an urban locale that faces a unique set of threats," and its laws are both usual and reasonable. *Id*. at 29.

DATE: March 26, 2010            Respectfully submitted,

                                PETER J. NICKLES
                                Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

            /s/ Ellen A. Efros
        ELLEN A. EFROS, D.C. Bar No. 250746
        Chief, Equity Section I
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        Telephone: (202) 442-9886
        Facsimile: (202) 727-0431

            /s/ Andrew J. Saindon
        ANDREW J. SAINDON, D.C. Bar No. 456987
        Assistant Attorney General
        Equity I Section
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        Telephone: (202) 724-6643
        Facsimile: (202) 727-0431
        andy.saindon@dc.gov