# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TOM G. PALMER

        Plaintiff          Civil No.       09-1482 (FJS)

vs.

DISTRICT OF COLUMBIA ET AL          Category     E

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jul 18, 2011 from Judge Henry H. Kennedy to Judge Frederick J. Scullin, Jr. by direction of the Calendar Committee.

(Judge Scullin has consented to the reassignment of this case.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc: Judge Henry H. Kennedy     & Courtroom Deputy

Judge Frederick J. Scullin, Jr.     & Courtroom Deputy

Liaison, Calendar and Case Management Committee