UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-01482 (FJS) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants the District of Columbia and Chief Cathy Lanier (collectively "the District"), by and through undersigned counsel, respectfully submit this Notice of Supplemental Authority.

On Friday, March 30, 2012, the United States District Court for the Southern District of Illinois issued a decision in *Shepard v. Madigan*, ___ F.Supp.2d ___, 2012 WL 1077146 (S.D. Ill. Mar. 30, 2012) (copy attached), upholding against Second Amendment challenge Illinois statutes which prohibit the carrying of loaded and operable handguns in public.

In its decision, the court noted that intermediate scrutiny was appropriate to apply to analyze laws that impact the right to bear arms outside the home. *Id*. at *9 (citing *Ezell v. City of Chicago*, 651 F.3d 684, 703–704 (7th Cir. 2011)). The court found that Illinois had established a "substantial interest" under that test "in safeguarding the welfare of the public at large from the inherent dangers in a loaded firearm." *Id*.

The court found persuasive and adopted the historical review of the scope of Second Amendment challenges to laws regulating firearms outside the home made by the court in *Moore v. Madigan*, 2012 WL 3447660, *5 (C.D. Ill. Feb. 3, 2012). *Shepard*, *supra* at n.7.

The court held that "the bearing of a firearm outside the home is not a core right protected by the Second Amendment." *Id.* at \*10. *See also id.* ("[T]his Court is persuaded that neither [*District of Columbia v. Heller*, 554 U.S. 570 (2008)] nor [*McDonald v. City of Chicago*, 130 S.Ct. 3020 (2010)], requires the State of Illinois to extend the right to possess and carry a firearm to the area outside the home.").

DATE: April 4, 2012                    Respectfully submitted,

                                          IRVIN B. NATHAN
                                          Attorney General for the District of Columbia

                                          ELLEN A. EFROS
                                          Deputy Attorney General
                                          Public Interest Division


                                               /s/ Grace Graham
                                          GRACE GRAHAM, D.C. Bar No. 472878
                                          Chief, Equity Section
                                          441 Fourth Street, NW, 6th Floor South
                                          Washington, DC 20001
                                          Telephone: (202) 442-9784
                                          Facsimile: (202) 741-8892
                                          Email: grace.graham@dc.gov


                                               /s/ Andrew J. Saindon
                                          ANDREW J. SAINDON, D.C. Bar No. 456987
                                          Assistant Attorney General
                                          Equity Section I
                                          441 Fourth Street, N.W., 6th Floor South
                                          Washington, D.C. 20001
                                          Telephone: (202) 724-6643
                                          Facsimile: (202) 730-1470
                                          E-mail: andy.saindon@dc.gov