IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion to strike Docket 33.

Docket 33 is filed in violation of Rule 7(e) and of the Court's scheduling order.

It is stricken from the record.

SO ORDERED.

This the ____ day of May, 2012.


_____
The Hon. Frederick J. Scullin, Jr.
United States District Judge


Copies to:
ECF Counsel