# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

_____
                                            )
**TOM G. PALMER,** *et al.*                 )
                                            )
       **Plaintiffs,**  )
                                            )
v.                                          )    **Civil Action No. 09-01482 (FJS)**
                                            )
**DISTRICT OF COLUMBIA,** *et al.*,         )
                                            )
       **Defendants.**  )
_____)

## ORDER

This case is before the Court for consideration of Plaintiffs' Motion to Strike, the Memoranda of Points and Authorities in Support Thereof and in Opposition thereto, and all related documents. After review of the parties' submissions and the entire record herein, it is hereby:

ORDERED, that Plaintiffs' Motion to Strike, be, and the same is hereby, DENIED.

SO ORDERED.


DATE: _____          _____
                                     FREDERICK J. SCULLIN, JR.
                                     United States District Judge