IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | MOTION TO EXPEDITE |
| | ) | PROCEEDINGS |
| v. | ) | [28 U.S.C. § 1657(a)] |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>MOTION TO EXPEDITE PROCEEDINGS</u>

COME NOW the Plaintiffs, Tom G. Palmer, George Lyon, Edward Raymond, Amy McVey, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and respectfully move the Court to expedite the proceedings in this matter pursuant to 28 U.S.C. § 1657(a).

Counsel have met and conferred regarding this motion pursuant to LcvR 7(m). Defendants' counsel has stated that Defendants take no position with respect to this motion.

Wherefore, Plaintiffs respectfully ask that the decision in this case be expedited.

Dated: August 9, 2013

Respectfully submitted,

Alan Gura (D.C. Bar No. 453449)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By:  /s/ Alan Gura
  Alan Gura

Attorney for Plaintiffs