IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | NOTICE OF CHANGE OF ADDRESS |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to LCvR 83.15(c), please take notice that the address for Plaintiffs' counsel, Alan Gura, Gura & Possessky, PLLC, has changed. The new address is:

105 Oronoco Street, Suite 305
Alexandria, VA 22314

All other contact information remains unchanged.

Dated:  December 2, 2013                    Respectfully submitted,

                                                                   Alan Gura (D.C. Bar No. 453449)
                                                                   Gura & Possessky, PLLC
                                                                   105 Oronoco Street, Suite 305
                                                                   Alexandria, VA 22314
                                                                   703.835.9085/Fax 703.997.7665

                                              By:  /s/Alan Gura
                                                   Alan Gura

                                                 Attorney for Plaintiffs