UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TOM G. PALMER, *et al.*             )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )     Civil Action No. 09-01482 (FJS)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            Defendants.             )
_____ )

## ORDER

Upon consideration of the Defendants' Partial Unopposed Motion to Stay Pending Appeal or, in the Alternative, for 180 Days and for Immediate Administrative Stay, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Partial Unopposed Motion to Stay Pending Appeal or, in the Alternative, for 180 Days and for Immediate Administrative Stay be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Court's Order of July 26, 2014 (Doc. No. 51), is hereby STAYED until further order of the Court.

SO ORDERED.

DATE: _____          _____
                                    FREDERICK J. SCULLIN, JR.
                                    Senior United States District Court Judge