**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

_____

**TOM G. PALMER, GEORGE LYON,**
**EDWARD RAYMOND, AMY MCVEY,**
**and SECOND AMENDMENT FOUNDATION,**
**INC.,**

                                      **Plaintiffs,**

                              v.                                        1:09-CV-1482
                                                                                      (FJS)

**DISTRICT OF COLUMBIA and**
**CATHY LANIER,**

                                       **Defendants.**

_____

**APPEARANCES**                                        **OF COUNSEL**

**GURA & POSSESSKY, PLLC**                  **ALAN GURA, ESQ.**
101 North Columbus Street, Suite 405
Alexandria, Virginia 22314
Attorneys for Plaintiffs

**OFFICE OF THE ATTORNEY**                 **ANDREW J. SAINDON, ESQ.**
**GENERAL FOR THE DISTRICT**
**OF COLUMBIA**
441 Fourth Street, N.W.
6th Floor South
Washington, D.C. 20001
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

      In a Memorandum-Decision and Order dated July 24, 2014, this Court concluded that the

District of Columbia's total ban on the carrying of handguns in public was unconstitutional; and, therefore, the Court permanently enjoined Defendants from enforcing D.C. Code §§ 7-2502(a)(4) and 22-4504(a).

On July 28, 2014, Defendants filed a partially unopposed motion to stay pending appeal or, in the alternative, for 180 days and for immediate administrative stay. *See* Dkt. No. 52 at 1. In support of this motion, Defendants' counsel advised the Court that he had conferred with Plaintiffs' counsel, "who indicated that [P]laintiffs do not oppose a 90-day stay starting immediately 'pending the city council enacting remedial legislation that complies with constitutional standards.'" *See id.* at 1-2.

Based on the parties' agreement that an immediate 90-day stay is appropriate to provide the city council with an opportunity to enact appropriate legislation consistent with the Court's ruling,[1] the Court hereby

**ORDERS** that Defendants' motion for a stay is **GRANTED** to the extent that the Court's July 24, 2014 Order is stayed *nunc pro tunc* for **90 days**, i.e., until **October 22, 2014**; and the Court further

**ORDERS** that Plaintiffs shall file their opposition to Defendants' motion for a stay pending appeal on or before **August 4, 2014**; and the Court further

**ORDERS** that Defendants may file a reply in further support of their motion for a stay

---

[1] The Court notes that it sees no need to clarify its decision. The only issue before the Court was whether the District of Columbia's complete ban on the carrying of **handguns** in public was unconstitutional. Thus, the Court's injunction clearly applied only to handguns and not any other type of deadly dangerous weapon.

pending appeal on or before **August 11, 2014**.[2]

**IT IS SO ORDERED.**

Dated: July 29, 2014
       Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Senior United States District Court Judge

---

[2] Based on the papers that Defendants have filed in support of their motion for a stay pending appeal, the Court is not convinced that Defendants will be able to demonstrate a likelihood of success on the merits to warrant such a stay. Nonetheless, the Court will provide the parties with an opportunity to present their arguments in full before ruling on this part of Defendants' motion.