AO 450 (Rev  01/09, DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TOM G. PALMER, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| DISTRICT OF COLUMBIA, ET AL. | ) |
| *Defendant* | ) |

Civil Action No.   CA 09-1482 (FJS)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other:   Judgment is entered for Plaintiffs against Defendants pursuant to the Memorandum-Decision and Order
filed on July 26, 2014 in which the Court grants Plaintiffs' motion for summary judgment and denies
Defendants' cross motion for summary judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Frederick J. Scullin, Jr. _____ on a motion for
summary judgment by Plaintiffs and a cross motion for summary judgment by Defendants.

Date:   07/29/2014 _____

*ANGELA D. CAESAR, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*