IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | CONSENT MOTION FOR |
| | ) | EXTENSION OF TIME RE: |
| v. | ) | MOTION FOR ATTORNEY FEES |
| | ) | AND COSTS |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT MOTION FOR EXTENSION OF TIME RE:
MOTION FOR ATTORNEY FEES AND COSTS

COME NOW the Plaintiffs, Tom G. Palmer, George Lyon, Edward Raymond, Amy McVey, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and respectfully move the Court to extend the deadline for their Motion for Attorney Fees and Costs until sixty (60) days following the expiration of Defendants' deadline to notice an appeal, or if an appeal is pursued, sixty (60) days following the issuance of the D.C. Circuit's mandate.

Counsel have met and conferred regarding this motion pursuant to LcvR 7(m). Defendants' counsel has stated that Defendants consent to this motion.

Wherefore, Plaintiffs respectfully ask that the motion be granted.

Dated: August 4, 2014                    Respectfully submitted,

                                         Alan Gura (D.C. Bar No. 453449)
                                         Gura & Possessky, PLLC
                                         105 Oronoco Street, Suite 305
                                         Alexandria, VA 22314
                                         703.835.9085/Fax 703.997.7665

                                    By:  /s/ Alan Gura
                                         Alan Gura

                                         Attorney for Plaintiffs