IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, et al., ) | Case No. 09-CV-1482-FJS |
| ) | |
| Plaintiffs, ) | [PROPOSED] ORDER |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' consent motion to extend the deadline for their Motion for Attorney Fees and Costs.

The motion is GRANTED. Plaintiffs shall have until sixty (60) days following the expiration of Defendants' deadline to notice an appeal, or if an appeal is pursued, sixty (60) days following the issuance of the D.C. Circuit's mandate, to file their Motion for Attorney Fees and Costs.

Dated: August ____, 2014

_____
The Hon. Frederick J. Scullin, Jr.
United States District Judge