Sign In | My Account   SUBSCRIBE: Home Delivery | Digital | Gift Subscriptions                      Real Estate | Rentals | Cars | Today's Paper | Going Out Guide | Find&Save

PostTV | **Politics** | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | More

# POLITICS

In the News   **Gaza**   Ebola   Arizona execution   Bob McDonnell   Paul George   Immigration

Advertisement — Dropbox for Business — Productivity anywhere, anytime. — Start trial

washingtonpost.com > Politics

» FOLLOW POLITICS ON:

**POSTPOLITICS** — New home. Still the best political coverage.

**Health-Care Overhaul 2010**
Tracking the national health-care debate | More »

## White House Backs Right to Bear Arms, Even Outside Obama Events, if State Laws Allow

By Alexi Mostrous
Washington Post Staff Writer
Wednesday, August 19, 2009

Armed men seen mixing with protesters outside recent events held by President Obama acted within the law, the White House said Tuesday, attempting to allay fears of a security threat.

Robert Gibbs, the White House press secretary, said people are entitled to carry weapons outside such events if local laws allow it. "There are laws that govern firearms that are done state or locally," he said. "Those laws don't change when the president comes to your state or locality."

Anti-gun campaigners disagreed with Gibbs's comments, voicing fears that volatile debates over health-care reform are more likely to turn violent if gun control is not enforced.

"What Gibbs said is wrong," said Paul Helmke, president of the Brady Campaign to Prevent Gun Violence. "Individuals carrying loaded weapons at these events require constant attention from police and Secret Service officers. It's crazy to bring a gun to these events. It endangers everybody."

The past week has seen a spate of men carrying firearms while milling outside meetings Obama has held to defend his health-care reform effort. On Monday, a man with an AR-15 semiautomatic assault rifle strapped to his shoulder was outside a veterans' event in Phoenix. He was one of a dozen men who reportedly had guns outside the forum.

Phoenix police made no arrests, saying Arizona law allows weapons to be carried in the open.



A man with an AR-15 semiautomatic assault rifle joins protesters outside an event in Phoenix where President Obama was discussing health-care reform. (By Jack Kurtz -- Associated Press)

⊞ Enlarge Photo

Network News            PROFILE   X

View More Activity

**TOOLBOX**
A A A  Resize           Print
E-mail                  Reprints

Sponsored Links

**If You Die Unexpectedly..**
Could your family afford the bills? £200,000 life cover for £5 a month
fetcharate.co.uk/life-insu...

**Kill Your Wrinkles**
UK mum discovers £3 secret for erasing wrinkles fast...
http://www.healthylifestyle8.com

Buy a link here

Safari Power Saver
Click to Start Flash Plug-in

Network News            MY PROFILE   X
Friends' Activity
View More Activity

Last week, a man with a gun strapped to his leg held a sign outside an Obama town hall meeting in Portsmouth, N.H., that read: "It's time to water the tree of liberty."

Before the same meeting, Richard Terry Young, a New Hampshire resident, was arrested by the Secret Service for allegedly having a loaded, unlicensed gun in his car. Young was stopped inside the school where Obama held the forum, having reportedly sneaked past a security perimeter.

Ed Donovan, a spokesman for the Secret Service, said incidents of firearms being carried outside presidential events are a "relatively new phenomenon." But he said the president's safety is not being jeopardized.

"We're well aware of the subjects that are showing up at these events with firearms," he said. "We work closely with local law enforcement to make sure that their very strict laws on gun permits are administered. These people weren't ticketed for events and wouldn't have been allowed inside and weren't in a position outside to offer a threat." The immediate area occupied by Obama on such trips is considered a federal site where weapons are not permitted, Donovan said.

Lawmakers holding tense town hall debates about health-care reform also have seen armed constituents. The staff of some, including Rep. Stephen I. Cohen (D-Tenn.), have taken precautions to guard against guns being brought into gatherings.

"We asked everyone with firearms to check them with the sheriff before we began the meeting," said Marilyn Dillihay, Cohen's chief of staff, describing an Aug. 8 town hall debate in Memphis. "We've never done that before." The decision was made because the number of people at the event and the subject of the debate created a "potentially a volatile situation," she said.

CONTINUED    1    2    Next >

Sponsored Links



**Do THIS before eating carbs (every time)**
1 EASY tip to increase fat-burning, lower blood sugar & decrease fat storage
FixYourBloodSugar.com

**If You Die Unexpectedly..**
Could your family afford the bills? £200,000 life cover for £5 a month
fetcharate.co.uk/life-insurance

**1 Odd trick Kills diabetes**
100% scientifically-proven way to control blood sugar in 3 short weeks
FightYourDiabetesToday.com

Buy a link here

**More in the Politics Section**



**2008 Fundraising**

See who is giving to the '08 presidential candidates.

- **Research Donations ...** By Name, Occupation, Employer or Zip Code
- ...By State

**Latest Politics Blog Updates**

- **Washington Sketch:** A 'hit man' for Hillary Clinton (updated 12 hours ago)
- Index of Politics Columns and Blogs | Opinions Section

© 2009 The Washington Post Company

Sign In | My Account SUBSCRIBE: Home Delivery | Digital | Gift Subscriptions Real Estate | Rentals | Cars | Today's Paper | Going Out Guide | Find&Save

PostTV | Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | More

POLITICS

In the News Gaza Mitt Romney Anwan Glover Thai surrogate Campbell Brown Toledo

Advertisement

washingtonpost.com > Politics

» FOLLOW POLITICS ON:

POSTPOLITICS New home. Still the best political coverage.

## Health-Care Overhaul 2010

Tracking the national health-care debate | More »

Page 2 of 2 < Back

# White House Backs Right to Bear Arms, Even Outside Obama Events, if State Laws Allow

"Obviously there's a lot of emotion with health care," Dillihay said. "Feelings are very tense, and we were just trying to make sure that things were safe."

A man with an AR-15 semiautomatic assault rifle joins protesters outside an event in Phoenix where President Obama was discussing health-care reform. (By Jack Kurtz -- Associated Press)

Enlarge Photo

One man at the meeting disclosed that he had a firearm and complied with a request to put it in his vehicle, she said.

Other lawmakers said they intended to take no precautions in future town hall meetings or to ask the advice of local law enforcement. C.J. Karamargin, a spokesman for Rep. Gabrielle Giffords (D-Ariz.), said the congresswoman will "balance rights guaranteed under the Second Amendment and providing her constituents with a safe forum to share their views."

Brian Levin, director of the Center for the Study of Hate and Extremism at California State University at San Bernardino, said concern about whether Obama will enact new gun restrictions may also be contributing to the tense political climate.

"There's a lot of anger out there," Levin said.

"A key thing that's been bubbling under the surface is what's going on with President Obama and guns," he said. "There is a real question mark not only for extremists but for gun rights advocates in the mainstream."

*Staff writer Carrie Johnson contributed to this report.*

Network News PROFILE X

View More Activity

TOOLBOX

Resize Print

E-mail Reprints

Advertisement

Safari Power Saver

Click to Start Flash Plug-in

Right now, people are searching for a business like yours.

Google

Network News MY PROFILE X

Friends' Activity

View More Activity

< Back 1 2

