IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER

This matter came before the Court on Defendants' Motion for Stay Pending Appeal.

The motion is DENIED.

Dated: August ____, 2014

_____
The Hon. Frederick J. Scullin, Jr.
United States District Judge