IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | MOTION FOR ATTORNEY FEES |
| | ) | AND COSTS [42 U.S.C. § 1988] |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ATTORNEY FEES AND COSTS

COME NOW the Plaintiffs, Tom G. Palmer, George Lyon, Edward Raymond, Amy McVey, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move the Court for and respectfully move this Honorable Court for an award of attorney fees and costs pursuant to 42 U.S.C. § 1988.

This motion is made upon the attached memorandum in support of said motion, declarations, exhibits, the Court's file, and any other matter deemed relevant to the determination of the motion.

The attorney fees and costs requested by this motion are as follows:

Attorney Fees:

Alan Gura:          85.5 hours X $640/hr  = $54,720.00

Plaintiffs reserve the right to supplement this request as additional time is incurred litigating the fee dispute, and to seek adjustments for present value based on either rate updates or prejudgment interest.

Counsel have met and conferred regarding this motion pursuant to LcvR 7(m). Defendants' counsel has stated that Defendants require more time to consider the matter.

Wherefore, Plaintiffs respectfully ask that the motion be granted.

Dated: August 12, 2014                    Respectfully submitted,

                                                Alan Gura (D.C. Bar No. 453449)
                                                Gura & Possessky, PLLC
                                                105 Oronoco Street, Suite 305
                                                Alexandria, VA 22314
                                                703.835.9085/Fax 703.997.7665

                              By:   /s/ Alan Gura
                                                Alan Gura

                                                Attorney for Plaintiffs