IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOM G. PALMER, et al.,                )        Case No. 09-CV-1482-FJS
                                      )
        Plaintiffs,                   )        [PROPOSED] ORDER
                                      )
        v.                            )
                                      )
DISTRICT OF COLUMBIA, et al.,         )
                                      )
        Defendants.                   )

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' Motion for Attorney Fees and Costs.

The motion is GRANTED.

Plaintiffs shall have and recover from Defendants $54,720.00 in attorney fees.

Dated: _____, 2014


_____
The Hon. Frederick J. Scullin, Jr.
United States District Judge