*Palmer* v. *Dist. of Columbia*, D.D.C. No. 09-1482-FJS

| Date | Task | Hours |
|---|---|---|
| Apr 2, 2009 | Email T. Palmer and A McVey | 0.1 |
| Apr 7, 2009 | Email T. Palmer re status, gun purchase and permit | 0.1 |
| Apr 8, 2009 | Emails G. Lyon re denial | 0.1 |
| Apr 24, 2009 | Review denial G. Lyon | 0.1 |
| Apr 29, 2009 | T/c and emails Ed Raymond | 0.2 |
| May 26, 2009 | T/C E. Raymond re denial | 0.2 |
| Jun 24, 2009 | Email A. McVey re form answer | 0.1 |
| Jul 7, 2009 | Emails A. McVey re denials | 0.1 |
| Aug 4, 2009 | Draft complaint | 2.0 |
| Aug 5, 2009 | Complaint edits and client comments | 1.3 |
| Aug 6, 2009 | Finalize complaint, summons, cover sheet, LR 7.1 | 1.5 |
| Aug 11, 2009 | Draft Motion for summary judgment | 4.0 |
| Aug 22, 2009 | Draft Summary judgment motion | 1.0 |
| Aug 25, 2009 | Draft Motion for summary judgment | 0.9 |
| | Draft separate statement | 0.7 |
| | Revise/review client declarations | 0.2 |
| Aug 26, 2009 | Draft summary judgment finalize and file | 1.8 |
| Sep 9, 2009 | Read/oppose MSJ and reply | 2.5 |
| Sep 10, 2009 | Conf w/ R. Dowlut NRA re involvement strategy | 1.0 |
| Sep 14, 2009 | T/c M. Stollenwerk re research opp to defendant motion | 0.3 |
| | Draft Opposition/Reply to SJ | 1.5 |
| Sep 21, 2009 | Draft Opposition/Reply to SJ | 2.0 |
| | | 21.7 |

| Date | Description | Hours |
|---|---|---|
| Sep 22, 2009 | Draft Opposition/Reply to SJ | 7.0 |
| | Prepare exhibits | 0.3 |
| | Draft separate statement opposition | 0.5 |
| Sep 23, 2009 | Finish and file draft Opposition/Reply to SJ | 3.0 |
| | Email clients re status | 0.1 |
| Sep 30, 2009 | Email A. Saindon re: consent motion on extension to file reply | 0.1 |
| Jan 15, 2010 | Review Peruta decision and draft and file notice to court | 0.7 |
| | Email to clients re hearing | 0.1 |
| Jan 22, 2010 | Prepare and argue US District Court summary judgment | 3.0 |
| Jan 23, 2010 | Update clients re argument | 0.2 |
| Jan 29, 2010 | Review district supplemental brief | 0.2 |
| Feb 2, 2010 | Assign M Stollenwerk memo re district pleading | 0.1 |
| Feb 5, 2010 | Review Stollenwerk memo and research, Write, file response to district pleading | 2.3 |
| Jul 14, 2010 | Research/draft/file supplemental authority notice | 1.8 |
| Jul 18, 2011 | Ezell supplemental authority notice | 0.4 |
| | Review order on re-assignment and notify clients | 0.2 |
| Jul 19, 2011 | Emails w/court, opp. counsel re: setting up status conference | 0.1 |
| Jul 21, 2011 | Review district response re ezell | 0.1 |
| Jul 22, 2011 | RT travel and prepare, attend status conference | 1.5 |
| Oct 6, 2011 | Supplemental authority re Heller 2 | 1.3 |
| Mar 7, 2012 | Notices responding to Moore, weaver, Woollard | 1.1 |
| | | 24.1    45.8 |

| Date | Description | Hours |
|---|---|---|
| Apr 6, 2012 | Emails A. Saindon re meet confer expedite motion | 0.1 |
| May 24, 2012 | Review district filing and prepare, file motion To strike | 2.3 |
| May 29, 2012 | Review district opposition on motion to strike and draft/file reply | 1.3 |
| Jun 11, 2012 | Notice of supplemental authority re US v Garvin | 0.2 |
| Aug 30, 2012 | Advise clients re hearing | 0.1 |
| | Emails court clerk, A Saindon re hearing scheduling | 0.1 |
| Sep 30, 2012 | Prepare for argument/review case and argument material | 1.0 |
| Oct 1, 2012 | Prepare argument | 0.5 |
| | Travel to and argue US District Court | 2.3 |
| | Draft and file supplemental brief re standing | 3.0 |
| Oct 4, 2012 | Review district standing brief and draft/file reply | 0.8 |
| Nov 27, 2012 | Emails A. McVey G. Lyon re Kachalsky | 0.1 |
| Dec 4, 2012 | Email T. Palmer re update | 0.1 |
| | Review DC supplement authority filing | 0.1 |
| | Draft response DC supplemental filing | 0.3 |
| Dec 5, 2012 | Draft response to Thorne/Kachalsky notice | 2.0 |
| | Complete/file response to supplemental authority | 1.3 |
| Dec 11, 2012 | Draft/file supplemental authority notice re: Moore | 2.5 |
| Sep 12, 2013 | Notice of supplemental authority re Aguilar | 0.3 |
| Sep 26, 2013 | Prepare and file notice of supplemental authority re Conley | 0.9 |
| Jan 11, 2014 | Review Morris, draft/file supplemental authority notice | 0.2 |
| Feb 16, 2014 | Draft supplemental authority re Peruta decision | 0.3 |
| Feb 18, 2014 | Edit and file supplemental authority re Peruta | 0.1 |
| | | 19.9    65.7 |

| Date | Task | Hours |
|---|---|---|
| Jul 26, 2014 | Review opinion | 1.0 |
| | Email clients | 0.2 |
| | T/c clients re opinion | 0.9 |
| Jul 27, 2014 | T/c C. Neily re: stay issues | 0.2 |
| | Email A. Saindon | 0.1 |
| Jul 28, 2014 | T/c A. Gottlieb | 0.1 |
| | T/c A. Saindon | 0.6 |
| | T/c E. Raymond | 0.5 |
| | Email A. Saindon | 0.2 |
| Jul 29, 2014 | Review stay order | 0.1 |
| | Review judgment & calendar dates | 0.1 |
| | T/c A. Saindon | 0.1 |
| Aug 2, 2014 | Atty fee extension motion | 0.6 |
| | Opposition to stay research & draft | 5.0 |
| Aug 3, 2014 | Research and draft stay opposition | 8.0 |
| Aug 4, 2014 | Complete & file opp to stay and atty fee extension request | 2.0 |
| Aug 11, 2014 | T/c Clerk's Office re status of extension moton | 0.1 |
| | | 19.8    85.5 |