

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OTIS McDONALD, et al., | ) | Case No. 08-C-3645 |
| Plaintiffs, | ) ) | [PROPOSED] ORDER |
| v. | ) ) | |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) ) | |

[~~PROPOSED~~] ORDER

Plaintiffs present before the Court an unopposed motion for an award of attorney fees and costs pursuant to 42 U.S.C. § 1988 and Local Rule 54.3.

As Plaintiffs are prevailing parties entitled to a Section 1988 recovery, and the amount of said recovery is not in dispute, the motion is GRANTED.

Plaintiffs shall recover attorney fees as follows:

| Atty | Hours | Rate | Total |
|---|---|---|---|
| Alan Gura | 580.2 | 539 | $312,727.80 |
| David Sigale | 235.1 | 300 | $70,530.00 |
| Laura Possessky | 15.8 | 539 | $8,516.20 |

Plaintiffs shall also recover costs in the amount of $8,176.00. Plaintiffs' total Section 1988 recovery is $399,950.00

SO ORDERED, this the **22** day of September, 2011.

_____
The Hon. Milton I. Shadur
United States District Judge

**CERTIFICATE OF SERVICE**