**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS ASSOCIATION OF FIREARMS RETAILERS, KENNETH PACHOLSKI, KATHRYN TYLER, and MICHAEL HALL, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICAGO and RAHM EMANUEL, Mayor of the City of Chicago, <br><br> Defendants. | Case No: 10-CV-4184 <br> Judge Edmond E. Chang <br> Magistrate Judge Geraldine Soat Brown |

**JOINT STATEMENT**

Pursuant to Local Rule 54.3(e)(1) and (2), the parties submit the following:

| Attorney | Rate | Hours | Total |
|---|---|---|---|
| Charles J. Cooper | $975.00 | 71.57 | $69,780.75 |
| David H. Thompson | $655.00 | 260.88 | $170,876.40 |
| Howard C. Nielson, Jr. | $625.00 | 39.12 | $24,450.00 |
| Peter A. Patterson | $445.00 | 490.29 | $218,179.05 |
| Brian S. Koukoutchos | $625.00 | 190.61 | $119,131.25 |
| Jesse M. Panuccio | $445.00 | 370.12 | $164,703.40 |
| Haley M. Proctor | $375.00 | 52.27 | $19,601.25 |
| Steven Kolodziej | $300.00 | 103.20 | $30,960.00 |
| | **Attorneys' Fees:** | | $817,683.18 |
| | **Expenses:** | | $122,316.82 |
| | **Total § 1988 Recovery:** | | $940,000.00 |

1

Pursuant to Local Rule 54.3(e)(3), no disputes remain.[1]

Pursuant to Local Rule 54.3(e)(4), Defendants will not appeal the underlying judgment upon which the motion for fees and expenses is based.

| | |
|---|---|
| Dated:  June 25, 2014 | Respectfully submitted, |
| s/ William Macy Aguiar | s/ Charles J. Cooper |
| Mardell Nereim | Charles J. Cooper* |
| Andrew W. Worseck | David H. Thompson* |
| William Macy Aguiar | Peter A. Patterson* |
| Rebecca Alfert Hirsch | COOPER & KIRK, PLLC |
| Mary Eileen Cunniff Wells | 1523 New Hampshire Avenue, N.W. |
| City of Chicago, Department of Law | Washington, D.C. 20036 |
| Constitutional and Commercial Litigation | Tel:  (202) 220-9600 |
|    Division | Fax:  (202) 220-9601 |
| 30 North LaSalle Street, Suite 1230 | ccooper@cooperkirk.com |
| Chicago, IL  60602 | |
| (312) 744-9010 | *Admitted *pro hac vice* |
| | |
| *Attorneys for Defendants* | Stephen Kolodziej |
| | FORD & BRITTON, P.C. |
| | 33 North Dearborn Street, Suite 300 |
| | Chicago, IL  60602 |
| | Tel: (312) 924-7500 |
| | Fax: (312) 924-7516 |
| | skolodziej@fordbritton.com |
| | |
| | *Attorneys for Plaintiffs* |

---

[1] The amount sought herein includes attorneys' fees and non-taxable costs incurred in preparing Plaintiffs' fee petition.

2

## **CERTIFICATE OF SERVICE**

I, Charles J. Cooper, hereby certify that on this 25th day of June, 2014, I caused a copy of the foregoing to be served by electronic filing on:

| | |
|---|---|
| Mardell Nereim | Craig Woods |
| Andrew W. Worseck | Ranjit Hakim |
| William Macy Aguiar | MAYER BROWN LLP |
| Rebecca Alfert Hirsch | 71 South Wacker Drive |
| Mary Eileen Cunniff Wells | Chicago, IL  60606-4637 |
| City of Chicago, Department of Law | |
| Constitutional and Commercial Litigation Division | |
| 30 North LaSalle Street, Suite 1230 | |
| Chicago, IL  60602 | |

               s/ Charles J. Cooper
                Charles J. Cooper