**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Illinois Association of Firearms Retailers, | ) | |
| Kenneth Pacholski, Kathryn Tyler, and | ) | |
| Michael Hall, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 10 C 04184 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| The City of Chicago and Rahm Emanuel, | ) | |
| Mayor of the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Under 42 U.S.C. § 1988(b), a prevailing party in a civil-rights action is entitled to attorney's fees as part of costs. The fees and costs must be "reasonable," § 1988(b), and in order to deliberatively and efficiently determine the reasonableness of fees and costs, the Northern District of Illinois adopted Local Rule 54.3 to encourage the parties' conferral over the issues. Too often the conferral still leaves many unnecessary disputes over which the parties litigate, and the fees and costs spin-into satellite litigation all on their own. The additional litigation itself becomes expensive. Not so here, where the parties engaged in extensive and good-faith conferral, and have arrived at an unopposed motion for attorney's fees and costs. R. 257.

Upon a review of the hours and hourly rates in the Joint Statement, the Court finds that the total reasonable attorney's fees and costs awarded to Plaintiffs

is $940,000, comprised of attorney's fees of $817,683.18 and costs of $122,316.82. Accordingly, Plaintiffs' motion for that award [R. 257] is granted.

ENTERED:

s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: July 3, 2014