

NLJ Home > A nationwide sampling of law firm billing rates

# A NATIONWIDE SAMPLING OF LAW FIRM BILLING RATES

The NLJ asked law firms to provide a range of hourly billing rates. Click the column headers to resort the data and the tabs on top to toggle between firmwide, partner and associate billing rates.



Purchase the **2012 NLJ Billing Survey** from ALM Legal Intelligence at **www.almlegalintel.com** or by calling 1-888-770-5647.



FIRMWIDE | **PARTNERS** | ASSOCIATES

| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| Schulte Roth & Zabel | New York | 371 | $995 | $785 | $895 |
| DLA Piper | New York | 3,746 | $1,200 | $550 | $775 |
| Hogan Lovells | Washington | 2,253 | $1,200 | $545 | $750 |
| Dickstein Shapiro | Washington | 343 | $1,250 | $560 | $700 |
| Sullivan & Worcester | Boston | 144 | $900 | $500 | $670 |
| Patton Boggs | Washington | 491 | $990 | $425 | $665 |
| Kelley Drye & Warren | New York | 303 | $950 | $450 | $660 |
| Locke Lord | Dallas | 540 | $1,285 | $455 | $655 |
| Thompson & Knight | Dallas | 291 | $900 | $440 | $595 |
| Foley & Lardner | Milwaukee | 874 | $875 | $390 | $570 |
| Gardere Wynne Sewell | Dallas | 240 | $795 | $395 | $565 |
| Brinks Hofer Gilson & Lione | Chicago | 135 | $835 | $325 | $560 |
| Holland & Knight | Washington | 908 | $985 | $315 | $560 |
| Perkins Coie | Seattle | 747 | $910 | $290 | $560 |
| Bryan Cave | St. Louis | 884 | $795 | $390 | $553 |

| Firm | City | | | | |
|---|---|---|---|---|---|
| McKenna Long & Aldridge | Atlanta | 424 | $830 | $375 | $550 |
| Epstein Becker & Green | New York | 275 | $750 | $330 | $535 |
| Dorsey & Whitney | Minneapolis | 531 | $835 | $305 | $525 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 265 | $760 | $425 | $525 |
| Lewis and Roca | Phoenix | 183 | $725 | $410 | $520 |
| Cozen O'Connor | Philadelphia | 503 | $970 | $320 | $513 |
| Vedder Price | Chicago | 242 | $835 | $410 | $510 |
| Dykema Gossett | Chicago | 331 | $675 | $395 | $505 |
| Fox Rothschild | Philadelphia | 471 | $760 | $340 | $500 |
| Gibbons | Newark, N.J. | 200 | $815 | $395 | $500 |
| Saul Ewing | Philadelphia | 219 | $800 | $335 | $500 |
| Winstead | Dallas | 258 | $645 | $375 | $475 |
| Stoel Rives | Portland, Ore. | 374 | $655 | $300 | $463 |
| Miles & Stockbridge | Baltimore | 213 | $700 | $320 | $460 |

| FIRMWIDE | **PARTNERS** | ASSOCIATES | | | | |
|---|---|---|---|---|---|---|
| Firm | | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
| Miles & Stockbridge | | Baltimore | 213 | $700 | $320 | $460 |
| Hiscock & Barclay | | Syracuse, N.Y. | 165 | $650 | $235 | $441 |
| McDonald Hopkins | | Cleveland | 128 | $595 | $310 | $440 |
| Best Best & Krieger | | Riverside, Calif. | 191 | $625 | $310 | $435 |
| Fisher & Phillips | | Atlanta | 237 | $565 | $350 | $430 |
| Michael Best & Friedrich | | Milwaukee | 196 | $650 | $245 | $425 |
| Holland & Hart | | Denver | 394 | $695 | $275 | $420 |
| Nelson Mullins Riley & Scarborough | | Columbia, S.C. | 414 | $850 | $230 | $420 |
| Ulmer & Berne | | Cleveland | 178 | $615 | $265 | $420 |
| Shutts & Bowen | | Miami | 212 | $635 | $250 | $415 |
| Lathrop & Gage | | Kansas City, Mo. | 290 | $595 | $285 | $410 |
| Husch Blackwell | | St. Louis | 520 | $890 | $240 | $405 |
| Strasburger & Price | | Dallas | 212 | $649 | $213 | $402 |
| Harris Beach | | Rochester, N.Y. | 189 | $625 | $285 | $400 |
| Polsinelli Shughart | | Kansas City, Mo. | 503 | $650 | $300 | $390 |

| Firm | Location | Attorneys | | | |
|---|---|---|---|---|---|
| Shumaker, Loop & Kendrick | Toledo, Ohio | 219 | $570 | $280 | $390 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 286 | $575 | $300 | $385 |
| Miller & Martin | Chattanooga, Tenn. | 169 | $630 | $250 | $385 |
| Dinsmore & Shohl | Cincinnati | 412 | $650 | $180 | $380 |
| Adams and Reese | New Orleans | 267 | $595 | $275 | $375 |
| McAfee & Taft | Oklahoma City | 183 | $500 | $250 | $375 |
| Butzel Long | Detroit | 140 | $750 | $290 | $363 |
| Sedgwick | San Francisco | 343 | $587 | $189 | $361 |
| Frost Brown Todd | Cincinnati | 393 | $525 | $205 | $350 |
| Dickinson Wright | Detroit | 254 | $585 | $285 | N/A |
| Rutan & Tucker | Costa Mesa, Calif. | 144 | $650 | $340 | N/A |
| Thompson Coburn | St. Louis | 309 | $750 | $330 | N/A |

* Full-time equivalent attorney numbers and largest U.S. office are from the NLJ 350 published in March and April 2012.