



# A NATIONWIDE SAMPLING OF LAW FIRM BILLING RATES

The NLJ asked law firms to provide a range of hourly billing rates. Click the column headers to resort the data and the tabs on top to toggle between firmwide, partner and associate billing rates.

Purchase the **2012 NLJ Billing Survey** from ALM Legal Intelligence at **www.almlegalintel.com** or by calling 1-888-770-5647.



**FIRMWIDE** | PARTNERS | ASSOCIATES

| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| DLA Piper | New York | 3,746 | $1,200 | $105 | $635 |
| Hogan Lovells | Washington | 2,253 | $1,200 | $230 | $625 |
| Schulte Roth & Zabel | New York | 371 | $995 | $125 | $605 |
| Dickstein Shapiro | Washington | 343 | $1,250 | $210 | $580 |
| Sullivan & Worcester | Boston | 144 | $900 | $320 | $570 |
| Locke Lord | Dallas | 540 | $1,285 | $265 | $560 |
| Kelley Drye & Warren | New York | 303 | $950 | $285 | $550 |
| Patton Boggs | Washington | 491 | $990 | $170 | $550 |
| Thompson & Knight | Dallas | 291 | $900 | $260 | $530 |
| Foley & Lardner | Milwaukee | 874 | $875 | $200 | $495 |
| Holland & Knight | Washington | 908 | $985 | $200 | $490 |
| Gardere Wynne Sewell | Dallas | 240 | $795 | $230 | $485 |
| Perkins Coie | Seattle | 747 | $910 | $220 | $485 |
| Bryan Cave | St. Louis | 884 | $795 | $200 | $480 |
| Lewis and Roca | Phoenix | 183 | $725 | $225 | $470 |

**FIRMWIDE** | PARTNERS | ASSOCIATES

| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| Vedder Price | Chicago | 242 | $835 | $275 | $460 |
| McKenna Long & Aldridge | Atlanta | 424 | $830 | $215 | $455 |
| Gibbons | Newark, N.J. | 200 | $815 | $285 | $450 |
| Saul Ewing | Philadelphia | 219 | $800 | $225 | $450 |
| Cozen O'Connor | Philadelphia | 503 | $970 | $235 | $440 |
| Epstein Becker & Green | New York | 275 | $750 | $215 | $435 |
| Fox Rothschild | Philadelphia | 471 | $795 | $200 | $435 |
| Dykema Gossett | Chicago | 331 | $685 | $130 | $415 |
| Dorsey & Whitney | Minneapolis | 531 | $835 | $200 | $410 |
| Fisher & Phillips | Atlanta | 237 | $565 | $215 | $410 |
| Winstead | Dallas | 258 | $645 | $215 | $410 |
| Miles & Stockbridge | Baltimore | 213 | $700 | $230 | $405 |
| Stoel Rives | Portland, Ore. | 374 | $655 | $200 | $400 |
| Strasburger & Price | Dallas | 212 | $649 | $190 | $397 |
| Best Best & Krieger | Riverside, Calif. | 191 | $625 | $225 | $390 |

**FIRMWIDE** | PARTNERS | ASSOCIATES

| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| Brinks Hofer Gilson & Lione | Chicago | 135 | $835 | $105 | $385 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 265 | $760 | $120 | $380 |
| McDonald Hopkins | Cleveland | 128 | $600 | $185 | $380 |
| Michael Best & Friedrich | Milwaukee | 196 | $650 | $210 | $380 |
| Shutts & Bowen | Miami | 212 | $635 | $190 | $380 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 219 | $570 | $180 | $375 |
| Hiscock & Barclay | Syracuse, N.Y. | 165 | $650 | $175 | $361 |
| Holland & Hart | Denver | 394 | $695 | $180 | $360 |
| Husch Blackwell | St. Louis | 520 | $890 | $185 | $355 |
| Lathrop & Gage | Kansas City, Mo. | 290 | $595 | $175 | $355 |
| Harris Beach | Rochester, N.Y. | 189 | $625 | $175 | $350 |
| Polsinelli Shughart | Kansas City, Mo. | 503 | $650 | $210 | $350 |
| Ulmer & Berne | Cleveland | 178 | $615 | $195 | $350 |
| Miller & Martin | Chattanooga, Tenn. | 169 | $630 | $180 | $340 |
| McAfee & Taft | Oklahoma City | 183 | $500 | $165 | $335 |

| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 414 | $850 | $80 | $330 |
| Adams and Reese | New Orleans | 267 | $595 | $120 | $320 |
| Butzel Long | Detroit | 140 | $750 | $210 | $313 |
| Dinsmore & Shohl | Cincinnati | 412 | $650 | $130 | $310 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 286 | $575 | $190 | $300 |
| Sedgwick | San Francisco | 343 | $420 | $157 | $299 |
| Frost Brown Todd | Cincinnati | 393 | $525 | $150 | $295 |
| Rutan & Tucker | Costa Mesa, Calif. | 144 | $650 | $200 | N/A |
| Thompson Coburn | St. Louis | 309 | $750 | $200 | N/A |