

NLJ Home > A nationwide sampling of law firm billing rates

# A NATIONWIDE SAMPLING OF LAW FIRM BILLING RATES

The NLJ asked law firms to provide a range of hourly billing rates. Click the column headers to resort the data and the tabs on top to toggle between firmwide, partner and associate billing rates.



Purchase the **2012 NLJ Billing Survey** from ALM Legal Intelligence at **www.almlegalintel.com** or by calling 1-888-770-5647.



| FIRMWIDE | PARTNERS | **ASSOCIATES** | | | |
|---|---|---|---|---|---|
| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
| Schulte Roth & Zabel | New York | 371 | $705 | $295 | $585 |
| DLA Piper | New York | 3,746 | $760 | $335 | $530 |
| Hogan Lovells | Washington | 2,253 | $655 | $310 | $465 |
| Dickstein Shapiro | Washington | 343 | $570 | $235 | $460 |
| Kelley Drye & Warren | New York | 303 | $600 | $285 | $450 |
| Patton Boggs | Washington | 491 | $570 | $240 | $435 |
| Sullivan & Worcester | Boston | 144 | $540 | $320 | $430 |
| Locke Lord | Dallas | 540 | $600 | $265 | $400 |
| McKenna Long & Aldridge | Atlanta | 424 | $560 | $215 | $395 |
| Bryan Cave | St. Louis | 884 | $550 | $200 | $373 |
| Foley & Lardner | Milwaukee | 874 | $605 | $200 | $370 |
| Perkins Coie | Seattle | 747 | $605 | $220 | $365 |
| Thompson & Knight | Dallas | 291 | $480 | $260 | $365 |
| Gardere Wynne Sewell | Dallas | 240 | $525 | $235 | $350 |
| Vedder Price | Chicago | 242 | $450 | $275 | $350 |

| Firm | Location | | | | |
|---|---|---|---|---|---|
| Cozen O'Connor | Philadelphia | 503 | $575 | $235 | $345 |
| Epstein Becker & Green | New York | 275 | $455 | $215 | $330 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 265 | $420 | $295 | $330 |
| Lewis and Roca | Phoenix | 183 | $450 | $225 | $330 |
| Brinks Hofer Gilson & Lione | Chicago | 135 | $460 | $190 | $325 |
| Gibbons | Newark, N.J. | 200 | $450 | $285 | $320 |
| Winstead | Dallas | 258 | $425 | $215 | $320 |
| Fox Rothschild | Philadelphia | 471 | $480 | $200 | $310 |
| Holland & Knight | Washington | 908 | $575 | $200 | $310 |
| Saul Ewing | Philadelphia | 219 | $510 | $225 | $310 |
| Dykema Gossett | Chicago | 331 | $465 | $235 | $305 |
| Fisher & Phillips | Atlanta | 237 | $395 | $215 | $305 |
| Miles & Stockbridge | Baltimore | 213 | $350 | $230 | $300 |
| Ulmer & Berne | Cleveland | 178 | $395 | $195 | $295 |
| Stoel Rives | Portland, Ore. | 374 | $435 | $200 | $276 |

FIRMWIDE | PARTNERS | **ASSOCIATES**

| Firm | Largest U.S. office* | Average FTE attorneys* | High | Low | Median |
|---|---|---|---|---|---|
| Dorsey & Whitney | Minneapolis | 531 | $420 | $200 | $275 |
| McDonald Hopkins | Cleveland | 128 | $370 | $185 | $270 |
| Holland & Hart | Denver | 394 | $400 | $180 | $268 |
| Michael Best & Friedrich | Milwaukee | 196 | $350 | $210 | $265 |
| Shutts & Bowen | Miami | 212 | $370 | $190 | $263 |
| Polsinelli Shughart | Kansas City, Mo. | 503 | $325 | $210 | $260 |
| Sedgwick | San Francisco | 343 | $420 | $157 | $260 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 414 | $370 | $160 | $258 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 286 | $325 | $190 | $255 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 219 | $325 | $210 | $255 |
| Adams and Reese | New Orleans | 267 | $305 | $175 | $250 |
| Best Best & Krieger | Riverside, Calif. | 191 | $390 | $225 | $250 |
| Harris Beach | Rochester, N.Y. | 189 | $350 | $175 | $250 |
| Lathrop & Gage | Kansas City, Mo. | 290 | $385 | $205 | $245 |
| Strasburger & Price | Dallas | 212 | $385 | $190 | $243 |

| Firm | Location | | | | |
|---|---|---|---|---|---|
| Husch Blackwell | St. Louis | 520 | $445 | $185 | $235 |
| Butzel Long | Detroit | 140 | $425 | $210 | $234 |
| Dinsmore & Shohl | Cincinnati | 412 | $325 | $130 | $225 |
| Hiscock & Barclay | Syracuse, N.Y. | 165 | $275 | $175 | $225 |
| Miller & Martin | Chattanooga, Tenn. | 169 | $285 | $185 | $225 |
| McAfee & Taft | Oklahoma City | 183 | $265 | $165 | $215 |
| Frost Brown Todd | Cincinnati | 393 | $275 | $150 | $205 |
| Dickinson Wright | Detroit | 254 | $280 | $205 | N/A |
| Rutan & Tucker | Costa Mesa, Calif. | 144 | $425 | $200 | N/A |
| Thompson Coburn | St. Louis | 309 | $460 | $200 | N/A |