UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 09-01482 (FJS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Defendants' Consent Motion for Extension of Time, the Memorandum of Points and Authorities in Support thereof, opposing counsel's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Consent Motion for Extension of Time be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the defendants shall file their Opposition to plaintiffs' Motion for Attorney Fees and Costs on or before September 29, 2014.

SO ORDERED.

DATE: _____         _____
                                     FREDERICK J. SCULLIN, JR.
                                     Senior United States District Court Judge