UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
TOM G. PALMER, *et al.*           )
                                                    )
           Plaintiffs,          )
                                                    )
v.                         )       Civil Action No. 09-01482 (FJS)
                                                    )
DISTRICT OF COLUMBIA, *et al.*,   )
                                                   )
           Defendants.        )
_____)

## ORDER

This case is before the Court for consideration of the Defendants' Motion for Reconsideration, the Memorandum of Points and Authorities in Support Thereof and any Opposition thereto. After review of the submissions and the entire record herein, it is hereby:

ORDERED, that the Defendants' motion is GRANTED, and it is

FURTHER ORDERED, that the Memorandum-Decision and Order of July 26, 2014 (Doc. No. 51), is hereby VACATED, and it is,

FURTHER ORDERED, that SUMMARY JUDGMENT is here entered for the Defendants on all counts of the Complaint.

SO ORDERED.

DATE: _____           _____
                                                         FREDERICK J. SCULLIN, JR.
                                                         Senior United States District Court Judge