**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

**TOM G. PALMER, GEORGE LYON,**
**EDWARD RAYMOND, AMY MCVEY, and**
**SECOND AMENDMENT FOUNDATION, INC.,**

        **Plaintiffs,**

        v.                            **1:09-CV-1482**
                                            **(FJS)**

**DISTRICT OF COLUMBIA and**
**CATHY L. LANIER,**

        **Defendants.**

---

| **APPEARANCES** | **OF COUNSEL** |
|---|---|
| **GURA & POSSESSKY, PLLC**<br>105 Oronoco Street, Suite 305<br>Alexandria, Virginia 22314<br>Attorneys for Plaintiffs | **ALAN GURA, ESQ.** |
| **OFFICE OF ATTORNEY GENERAL**<br>**DISTRICT OF COLUMBIA**<br>441 4th Street NW<br>Sixth Floor South<br>Washington, D.C. 2001-2714<br>Attorneys for Defendants | **ANDREW J. SAINDON, ESQ.** |

**ORDER**

In a Memorandum-Decision and Order dated July 24, 2014, the Court granted Plaintiffs' motion for summary judgment and denied Defendants' motion for summary judgment. *See* Dkt. No. 51. The Court entered judgment in accordance with that Memorandum-Decision and Order on July 29, 2014. *See* Dkt. No. 54. Defendants filed a motion to stay the Court's decision pending an appeal, *see* Dkt. No. 52, which this Court granted to the extent that the Court's Order was stayed *nunc pro tunc* for ninety days until October 22, 2014, *see* Dkt. No. 53. The Court

also instructed Plaintiffs to file their papers in opposition to Defendants' motion to stay pending appeal by August 4, 2014, and advised Defendants that they could file a reply in further support of their motion by August 4, 2014.  *See id.*  In addition, on August 12, 2014, Plaintiffs filed a motion for attorney's fees, *see* Dkt. No. 59; and, on August 25, 2014, Defendants filed a motion for reconsideration of the Court's Order granting Plaintiffs' motion for summary judgment, *see* Dkt. No. 63.

Having reviewed the parties' submissions in support of and in opposition to Defendants' motion for a stay pending an appeal, the Court hereby

**ORDERS** that Defendants' motion is **DENIED**; however, the Court will entertain a motion to extend the stay beyond October 22, 2014.  If Defendants wish to make such a motion, they must file papers in support of that motion on or before **October 3, 2014**, setting forth in detail what, if any, progress they have made to comply with the Court's decision.  Plaintiffs may file any opposition that they have to Defendants' motion on or before **October 10, 2014**.  If Defendants file such a motion, the Court will hear oral argument in support of, and in opposition to, said motion on **October 17, 2014**, at **10:30 a.m.**; and the Court further

**ORDERS** that the Court will hear oral argument in support of, and in opposition to, Defendants' motion for reconsideration on **October 17, 2014**, at **10:30 a.m.**

**IT IS SO ORDERED.**

Dated: September 17, 2014
Washington, D.C.

Frederick J. Scullin, Jr.
Senior United States District Court Judge