UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
TOM G. PALMER, *et al.*                       )
                                              )
                    Plaintiffs,               )
                                              )
        v.                                    )        Civil Action No. 09-01482 (FJS)
                                              )
DISTRICT OF COLUMBIA, *et al.*,               )
                                              )
                    Defendants.               )
_____)

## ORDER

Upon consideration of the Defendants' Consent Motion to Stay Briefing on Attorney

Fees, the Memorandum of Points and Authorities in Support thereof, opposing counsel's consent

thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Consent Motion to Stay Briefing on Attorney Fees be,

and hereby is, GRANTED, and it is

FURTHER ORDERED, that briefing on Attorney Fees is hereby STAYED until the later

of

a.) 30 days after a decision on the pending Motion for Reconsideration; or

b.) 30 days after the issuance of the mandate on any appeal.

SO ORDERED.


DATE: September 25, 2014

FREDERICK J. SCULLIN, JR.
Senior United States District Court Judge