IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' Motion for Permanent Injunction.

The motion is GRANTED.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are PERMANENTLY ENJOINED from enforcing D.C. Code § 22-4504(a), as amended following this Court's judgment of July 29, 2014, unless and until such time as the District of Columbia adopts a licensing mechanism consistent with constitutional standards enabling people to exercise their Second Amendment right to bear arms.

Dated: _____, 2014

_____
The Hon. Frederick J. Scullin, Jr.
United States District Judge