IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOM G. PALMER, et al., ) | Case No. 09-CV-1482-FJS |
| ) | |
| Plaintiffs, ) | |
| ) | NOTICE OF SUPPLEMENTAL |
| v. ) | AUTHORITY |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Earlier this year, Plaintiffs gave notice of the District of Idaho's opinion preliminarily enjoining enforcement of 36 C.F.R. § 327.13, which bans the carrying of guns for self-defense on land administered by the Army Corps of Engineers. The court found that this regulation likely violated the Second Amendment. *Morris* v. *U.S. Corps of Army Engineers*, 990 F. Supp. 2d 1082 (D. Idaho 2014).

This week, the District of Idaho granted summary judgment to the *Morris* plaintiffs. See Exhibit A. Notably, the *Morris* court held that no standards of review were applicable in assessing the law's constitutionality, as the challenged provision destroyed the right completely. See Exh. A, slip op. at 4.

Dated: October 16, 2014               Respectfully submitted,

                                      Alan Gura (D.C. Bar No. 453449)
                                      Gura & Possessky, PLLC
                                      105 Oronoco Street, Suite 305
                                      Alexandria, VA 22314
                                      703.835.9085/Fax 703.997.7665

                                By:   /s/Alan Gura
                                      Alan Gura
                                      Attorney for Plaintiffs