# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TOM G. PALMER**, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-01482 (FJS) |
| | ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given on this 14th day of November, 2014, that the defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum-Decision and Order (Docket No. 54) and final judgment of this Court (Scullin, J.) entered respectively on the 26th and 29th day of July, 2014, granting plaintiffs' motion for summary judgment and denying the defendants' motion for summary judgment. The defendants also appeal from the Memorandum-Decision and Order of this Court entered on the 6th day of November, 2014 (Docket No. 75), denying the defendants' motion for reconsideration, and all other orders merged therein or in the final judgment.

DATE: November 14, 2014         Respectfully submitted,

                                IRVIN B. NATHAN
                                Attorney General for the District of Columbia


                                ELLEN A. EFROS
                                Deputy Attorney General
                                Public Interest Division

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
Equity Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov

Serve:     Alan Gura, Esq.
            Gura & Possessky, PLLC
            105 Oronoco Street, Suite 305
            Alexandria, VA 22314