Case 1:09-cv-01482-FJS   Document 83-1   Filed 11/18/14   Page 1 of 1

P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT - Washington, D.C. - REQUEST FOR TELETYPE MESSAGE

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>October 10, 2014 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT<br>EOCOP |
| | | 5. ☐ NOT FOR THE PRESS | 8. ☐ FLASH TT REQUESTED |

9. TO

**THE FORCE:** *License to Carry a Pistol Emergency Amendment Act of 2014*

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|
| 13. COMPLAINANT'S NAME | | 14. COMPLAINANT'S ADDRESS |

**15. DESCRIPTION OF WANTED PERSON OR MESSAGE**

*TELETYPE NO. 10-051-14 IS RESCINDED AND REPLACED BY THIS TELETYPE*

*LICENSE TO CARRY A PISTOL EMERGENCY AMENDMENT ACT OF 2014*
(To be read at all roll calls for one week)

On October 9, 2014, at 2310 hours, Mayor Vincent C. Gray signed the *License to Carry a Pistol Emergency Amendment Act of 2014*. This teletype is being issued to provide guidance on the emergency law related to carrying handguns, and will remain in effect until new regulations are implemented later this month.

NOTE: This law only applies to handguns. It does not apply to long guns (rifles or shot guns), which will remain illegal to carry in the District of Columbia.

At this time, except as authorized for law enforcement, **carrying a handgun in the District of Columbia without a license to carry issued by the Metropolitan Police Department (MPD) remains illegal for everyone.** The criminal charge of "Carrying a Pistol" has been changed to "Carrying a Pistol without a License (CPWL)." D.C. Official Code is amended as noted below (in bold and crossed out):

> § 22-4504(a) No person shall carry within the District of Columbia either openly or concealed on or about their person, a pistol, **without a license issued pursuant to District of Columbia law**, or any deadly or dangerous weapon. ~~capable of being so concealed.~~

Upon placing the charge of Carrying a Pistol Without a License:

After checking in for papering at the Court Liaison Division, officers shall report the Firearms Registration Section (Headquarters, Room 3058) to obtain and attach to the paperwork a certificate declaring that: (1) The arrestee does not have a license to carry; and (2) The arrestee's firearm is unregistered, if applicable.

| SENDER-BADGE-ORG. ELM. | AUTHORIZED BY-BADGE-ORG.ELM. | BUREAU HEADS APPROVAL<br>Cathy L. Lanier<br>Chief of Police |
|---|---|---|

COMMUNICATIONS DIVISION USE ONLY

| REMARKS | DATE AND TIME |
|---|---|
| | FILE |
| | TELETYPE NUMBER<br>TT-10-060-14 |

Distribution:   1- Communications Division   2- Element File Copy