D.C. Courts
Home

## Court Cases Online

**Click here to view search criteria**

Case Search for: 2014 CF2 18623

Search retrieved 1 case in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

### 2014 CF2 018623: District of Columbia Vs. CASTLE, CHARLES

| | | | |
|---|---|---|---|
| Case Type: | Felony II | File Date: | 10/22/2014 |
| Status: | Closed | Status Date: | 10/22/2014 |
| Disposition: | Dismissed | Disposition Date: | 11/05/2014 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| CASTLE, CHARLES | DOE, JOHN | Defendant (Criminal) | MACHADO, Mr JOHN L L |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 01/09/2015 | 09:30 AM | Felony Status Conference |

| Docket Date | Description | Messages |
|---|---|---|
| 11/05/2014 | Release Order Filed | Release Order Filed/SENT Wed 11/5/2014 5:46 PM<br><br>Release Order - Jail<br>Sent on: 11/05/2014 14:38:23.54 |
| 11/05/2014 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Felony Status Conference scheduled for 01/09/2015 at 9:30 am has been resulted as follows:<br><br>Result: Dismissed - Nolle<br>Judge: JACKSON, WILLIAM M Location: Courtroom 312 |
| 11/05/2014 | Case Disposed - Dismissed | Case Disposed - Dismissed |
| 11/05/2014 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 11/05/2014 | Praecipe Dismissal Filed | Praecipe Dismissal Filed<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 11/03/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: no bond awaiting grand jury action. Oral motion to modify bond denied at this time.<br>The following event: Felony Status Conference scheduled for 11/03/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: JACKSON, WILLIAM M Location: Courtroom 312 |
| 11/03/2014 | Event Scheduled | Event Scheduled<br>Event: Felony Status Conference<br>Date: 01/09/2015 Time: 9:30 am<br>Judge: JACKSON, WILLIAM M Location: Courtroom 312 |
| 11/03/2014 | Form Generated: Prisoner Return | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 11/03/2014 10:26:26.84 |
| 10/31/2014 | Findings of Facts & Conclusions of Law Entered on the Docket | Findings of Facts, Conclusions of Law & Order of Detention Pending Trial, signed in chambers by MJ Parker, docketed, copies mailed to parties on 10/31/14. DH |
| 10/30/2014 | Proposed Findings of Facts & Conclusions of Law & Order of Detention Pending Trial | Proposed Findings of Facts & Conclusions of Law & Order of Detention Pending Trial<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 10/24/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: NO BOND. Defendant remains detained pending next court date. Case set down for Felony Status Conference before the calendar Judge. Release Conditions requested and Denied.<br>The following event: Preliminary Hearing scheduled for 10/24/2014 at 9:00 am has been resulted as follows:<br><br>Result: PH Waived<br>Judge: PARKER, LORI E Location: Courtroom 301<br>CHARLES CASTLE (Defendant (Criminal)); ; Mr JOHN L L MACHADO (Attorney) on behalf of CHARLES CASTLE (Defendant (Criminal)); Judge LORI E PARKER on behalf of Judge WILLIAM M JACKSON |
| 10/24/2014 | Event Scheduled | Event Scheduled<br>Event: Felony Status Conference<br>Date: 11/03/2014 Time: 9:30 am<br>Judge: JACKSON, WILLIAM M Location: Courtroom 312 |
| 10/24/2014 | Form Generated: Prisoner Return | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 10/24/2014 13:49:30.26 |
| 10/24/2014 | Waiver of Preliminary Hearing Filed | Waiver of Preliminary Hearing Filed |
| 10/22/2014 | Commitment Pending Disposition Filed | Commitment Pending Disposition Filed |
| 10/22/2014 | Event Scheduled | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 10/24/2014 Time: 9:00 am<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 10/22/2014 | Defendant Preventively Detained pursuant to 23-1322(b) | Defendant Preventively Detained pursuant to 23-1322(b)<br>The following event: Presentment scheduled for 10/22/2014 at 1:00 pm has been resulted as follows:<br><br>Result: Preventive Detention<br>Judge: HOWZE, KAREN Location: Courtroom C-10<br>Charge #1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |
| 10/22/2014 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney MACHADO, Mr JOHN L L representing Defendant (Criminal) CASTLE, CHARLES as of 10/22/2014<br>CHARLES CASTLE (Defendant (Criminal)); ; Mr JOHN L L MACHADO (Attorney) on behalf of CHARLES CASTLE (Defendant (Criminal)); Judge KAREN HOWZE on behalf of Judge WILLIAM M JACKSON |
| 10/22/2014 | CJA Contribution Ordered | CJA Contribution Ordered - HELD IN ABEYANCE |
| 10/22/2014 | Event Scheduled | Event Scheduled<br>Event: Presentment<br>Date: 10/22/2014 Time: 1:00 pm<br>Judge: HOWZE, KAREN Location: Courtroom C-10 |
| 10/22/2014 | Charge Filed | Charge Filed Charge 1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |