D.C. Courts
Home

## Court Cases Online

**Click here to view search criteria**

Case Search for: 2014 CF2 18922

Search retrieved 1 case in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

### 2014 CF2 018922: District of Columbia Vs. PIERRELUS, BARTHELEMY

| | | | |
|---|---|---|---|
| Case Type: | Felony II | File Date: | 10/27/2014 |
| Status: | Pending Grand Jury | Status Date: | 10/27/2014 |
| Disposition: | Undisposed | Disposition Date: | |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| PIERRELUS, BARTHELEMY | | Defendant (Criminal) | LOTZE, Ms NIKKI U |

| Docket Date | Description | Messages |
|---|---|---|
| 10/30/2014 | Attorney Appointed/Dismissed | Attorney Dismissed<br>Attorney SMITH, Mr ANTHONY E dismissed/withdrawn for PIERRELUS, BARTHELEMY on 10/30/2014 |
| 10/30/2014 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney LOTZE, Ms NIKKI U representing Defendant (Criminal) PIERRELUS, BARTHELEMY as of 10/30/2014 |
| 10/30/2014 | Release Conditions Ordered | Release Conditions Ordered<br>Party Name: PIERRELUS, BARTHELEMY Party Type: Defendant (Criminal)<br><br>1) High Intensity Supervision Program: BOND, Entry Date: 10/30/2014, Completion Date: , Amended Date: |
| 10/30/2014 | High Intensity Supervision Contract Filed | High Intensity Supervision Contract Filed |
| 10/30/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR HISP. Defendant is released into the High Intensity Supervision Program. Probable Cause Found in this case. Case is pending the action of the Grand Jury. Release Conditions imposed. The following event: Preliminary Hearing scheduled for 10/30/2014 at 9:00 am has been resulted as follows:<br><br>Result: Probable Cause Found Held for Grand Jury<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301<br>BARTHELEMY PIERRELUS (Defendant (Criminal)): ; Mr ANTHONY E SMITH (Attorney) on behalf of BARTHELEMY PIERRELUS (Defendant (Criminal)): Judge FREDERICK SULLIVAN on behalf of Judge WILLIAM M JACKSON |
| 10/30/2014 | Release Order Filed | Release Order Filed<br><br>Release Order - Jail<br>Sent on: 10/30/2014 10:22:27.43 |
| 10/27/2014 | Commitment Pending Disposition Filed | Commitment Pending Disposition Filed |
| 10/27/2014 | Event Scheduled | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 10/30/2014 Time: 9:00 am<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 10/27/2014 | Attorney Appointed/Dismissed | Attorney Appointed/<br>Attorney SMITH, Mr ANTHONY E representing Defendant (Criminal) PIERRELUS, BARTHELEMY as of 10/27/2014<br>BARTHELEMY PIERRELUS (Defendant (Criminal)): ; Mr ANTHONY E SMITH (Attorney) on behalf of BARTHELEMY PIERRELUS (Defendant (Criminal)): Judge KAREN HOWZE on behalf of Judge WILLIAM M JACKSON |
| 10/27/2014 | CJA Eligibility | CJA Eligibility |
| 10/27/2014 | Defendant Preventively Detained pursuant to 23-1322(b) | Defendant Preventively Detained pursuant to 23-1322(b)<br>The following event: Presentment scheduled for 10/27/2014 at 1:00 pm has been resulted as follows:<br><br>Result: Preventive Detention<br>Judge: HOWZE, KAREN Location: Courtroom C-10<br>Charge #1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |
| 10/27/2014 | Event Scheduled | Event Scheduled<br>Event: Presentment<br>Date: 10/27/2014 Time: 1:00 pm<br>Judge: HOWZE, KAREN Location: Courtroom C-10 |
| 10/27/2014 | Charge Filed | Charge Filed Charge 1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |