D.C. Courts
Home

**Court Cases Online**

**Click here to view search criteria**

Case Search for: 2014 CF2 18901

Search retrieved 1 case in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

| 2014 CF2 018901: District of Columbia Vs. BRANDON, DEMETRIUS | |
|---|---|
| Case Type: Felony II | File Date: 10/27/2014 |
| Status: Open | Status Date: 10/27/2014 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| BRANDON, DEMETRIUS | BRANDON, DEMETRIUS DANTHONY | Defendant (Criminal) | QUEEN, Mr ELLIOTT J |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 11/19/2014 | 09:30 AM | Felony Arraignment |
| 11/25/2014 | 09:30 AM | Felony Status Conference |

| Docket Date | Description | Messages |
|---|---|---|
| 11/17/2014 | Findings of Facts & Conclusions of Law Entered on the Docket | Findings of Facts, Conclusions of Law, and Order of Detention Pending Trial Entered on the Docket. Signed by Magistrate Judge Sullivan on 11/14/14. Copies mailed to parties on 11/17/14. |
| 11/10/2014 | Proposed Findings of Facts & Conclusions of Law & Order of Detention Pending Trial | Proposed Findings of Facts & Conclusions of Law & Order of Detention Pending Trial<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 11/05/2014 | Event Scheduled | Event Scheduled<br>Event: Felony Arraignment<br>Date: 11/19/2014 Time: 9:30 am<br>Judge: RYAN, MICHAEL Location: Courtroom 216 |
| 11/05/2014 | Notice of Arraignment Mailed | Notice of Arraignment Mailed<br><br>Notice of Hearing-Criminal Arraignment<br>Sent on: 11/05/2014 16:40:29.76 |
| 11/05/2014 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Felony Status Conference scheduled for 11/25/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: RYAN, MICHAEL Location: Courtroom 216 |
| 11/05/2014 | Charge Filed | Charge Filed<br>Charge #3: Unlawful Poss Ammunition |
| 11/05/2014 | Charge Filed | Charge Filed<br>Charge #2: Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |
| 11/05/2014 | Charge Filed | Charge Filed<br>Charge #1: Carry Pistol W/O Lic -Outside Home/Business Offenses Committed During Release |
| 11/05/2014 | Indictment Filed | Indictment Filed---3 Counts<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 11/03/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: NO BOND. Defendant remains detained pending next court date. Probable Cause Found in this case. Case set down for felony status conference before the calendar Judge. Release Conditions Were Requested and Denied.<br>The following event: Preliminary Hearing scheduled for 11/03/2014 at 9:00 am has been resulted as follows:<br><br>Result: Probable Cause Found Held for Grand Jury<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301<br>DEMETRIUS BRANDON (Defendant (Criminal)): ; Mr ELLIOTT J QUEEN (Attorney) on behalf of DEMETRIUS BRANDON (Defendant (Criminal)): Judge FREDERICK SULLIVAN on behalf of Judge MICHAEL RYAN |
| 11/03/2014 | Event Scheduled | Event Scheduled<br>Event: Felony Status Conference<br>Date: 11/25/2014 Time: 9:30 am<br>Judge: RYAN, MICHAEL Location: Courtroom 216 |
| 11/03/2014 | Form Generated: Prisoner Return | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 11/03/2014 11:01:04.70 |
| 10/30/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: NO BOND. Case Continued due to defense counsel availability. Defense counsel was not present in court today.<br>The following event: Preliminary Hearing scheduled for 10/30/2014 at 9:00 am has been resulted as follows:<br><br>Result: Defense Counsel Unavailable<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301<br>DEMETRIUS BRANDON (Defendant (Criminal)): ; Judge FREDERICK SULLIVAN on behalf of Judge MICHAEL RYAN |
| 10/30/2014 | Event Scheduled | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 11/03/2014 Time: 9:00 am<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 10/30/2014 | Form Generated: Prisoner Return | Form Generated: Prisoner Return<br><br>Prisoner Return<br>Sent on: 10/30/2014 12:52:04.92 |
| 10/27/2014 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney QUEEN, Mr ELLIOTT J representing Defendant (Criminal) BRANDON, DEMETRIUS as of 10/27/2014<br>DEMETRIUS BRANDON (Defendant (Criminal)): ; Mr ELLIOTT J QUEEN (Attorney) on behalf of DEMETRIUS BRANDON (Defendant (Criminal)): Judge KAREN HOWZE on behalf of Judge MICHAEL RYAN |
| 10/27/2014 | Praecipe Not Submitted by Attorney | Praecipe Not Submitted by Attorney |
| 10/27/2014 | Commitment Pending Disposition Filed | Commitment Pending Disposition Filed |
| 10/27/2014 | Event Scheduled | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 10/30/2014 Time: 9:00 am<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 10/27/2014 | Defendant Preventively Detained pursuant to 23-1322(b) | Defendant Preventively Detained pursuant to 23-1322(b)<br>The following event: Presentment scheduled for 10/27/2014 at 1:00 pm has been resulted as follows:<br><br>Result: Preventive Detention<br>Judge: HOWZE, KAREN Location: Courtroom C-10<br>Charge #1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |
| 10/27/2014 | Case Transferred to Another Judge | Case Transferred to Another Judge RULE 105<br>The judge was changed from RICHTER, ROBERT I to RYAN, MICHAEL |
| 10/27/2014 | CJA Eligibility | CJA Eligibility |
| 10/27/2014 | Event Scheduled | Event Scheduled<br>Event: Presentment<br>Date: 10/27/2014 Time: 1:00 pm<br>Judge: HOWZE, KAREN Location: Courtroom C-10 |
| 10/27/2014 | Charge Filed | Charge Filed Charge 1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |