D.C. Courts
Home

## Court Cases Online

**Click here to view search criteria**

Case Search for: 2014 CF2 19086

Search retrieved 1 case in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

### 2014 CF2 019086: District of Columbia Vs. WINSTON, KEVIN

| | | | |
|---|---|---|---|
| Case Type: | Felony II | File Date: | 10/30/2014 |
| Status: | Pending Sentencing | Status Date: | 10/30/2014 |
| Disposition: | Guilty- Plea Judgment Guilty | Disposition Date: | 11/17/2014 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| WINSTON, KEVIN | WINSTON, KEVIN JERMAINE | Defendant (Criminal) | WONG, JOSEPH |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 11/20/2014 | 11:00 AM | Preliminary Hearing |
| 01/22/2015 | 09:30 AM | Full Report and Sentencing |

| Docket Date | Description | Messages |
|---|---|---|
| 11/17/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: Personal Recognizance; PSI Report to order and due by 1/15/15; PDS to conduct Youth Act Study; AUSA Charles Willoughby. The following event: Status Hearing scheduled for 11/17/2014 at 9:30 am has been resulted as follows: Result: Change of Plea to Guilty Judge: LEE, MILTON C Location: Courtroom 218 KEVIN WINSTON (Defendant (Criminal)): ; JOSEPH WONG (Attorney) on behalf of KEVIN WINSTON (Defendant (Criminal)): Judge MILTON C LEE |
| 11/17/2014 | Report and Sentence | Report and Sentence Event: Full Report and Sentencing Date: 01/22/2015 Time: 9:30 am Judge: LEE, MILTON C Location: Courtroom 218 |
| 11/17/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed Notice to Return to Court/Pre Sentence Direct Info Sent on: 11/17/2014 09:48:57.90 |
| 11/17/2014 | Plea Offer Filed | Plea Offer Filed |
| 11/17/2014 | Waiver of Indictment Filed | Waiver of Indictment Filed Charge #1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |
| 11/17/2014 | Factual Proffer Filed | Factual Proffer Filed |
| 11/17/2014 | Information Filed in Open Court | Information Filed in Open Court Charge #1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |
| 11/17/2014 | Case Disposed - Plea Judgment Guilty | Case Disposed - Plea Judgment Guilty |
| 11/17/2014 | Charge Disposed - Plea Judgment Guilty | Charge Disposed - Plea Judgment Guilty |
| 11/17/2014 | Waiver of Trial Filed | Waiver of Trial Filed |
| 11/14/2014 | Event Scheduled | Event Scheduled Event: Status Hearing Date: 11/17/2014 Time: 9:30 am Judge: LEE, MILTON C Location: Courtroom 218 |
| 11/14/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: The following event: Preliminary Hearing scheduled for 11/20/2014 at 11:00 am has been resulted as follows: Result: Hearing Vacated Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 11/14/2014 | Order Entered on the Docket | Order Entered on the Docket granting defendant's unopposed motion to set status hearing for the purpose of entering a plea. Signed and filed in chambers by J. Lee on 11.14.2014. |
| 11/13/2014 | Motion for Continuance Filed | Unopposed Motion to Schedule Status Hearing for Entry of Plea Prior to November 19, 2014 Filed Attorney: WONG, JOSEPH (1017589) |
| 10/31/2014 | Release Order Filed | Release Order Filed Release Order - Jail Sent on: 10/31/2014 09:18:05.53 |
| 10/31/2014 | Event Scheduled | Event Scheduled Event: Preliminary Hearing Date: 11/20/2014 Time: 11:00 am Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 10/31/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR. AUSA Little was present on behalf of the Government. Defendant released on PR. Hearing continued for Government witness to be available. The following event: Preliminary Hearing scheduled for 10/31/2014 at 9:00 am has been resulted as follows: Result: Status, Preliminary or Other Hearing Not Held Judge: SULLIVAN, FREDERICK Location: Courtroom 301 KEVIN WINSTON (Defendant (Criminal)): ; JOSEPH WONG (Attorney) on behalf of KEVIN WINSTON (Defendant (Criminal)): Judge FREDERICK SULLIVAN on behalf of Judge MILTON C LEE |
| 10/31/2014 | Release Conditions | Release Conditions Pretrial Services Release Form Sent on: 10/31/2014 09:12:20.90 |
| 10/30/2014 | Commitment Pending Disposition Filed | Commitment Pending Disposition Filed |
| 10/30/2014 | Event Scheduled | Event Scheduled Event: Preliminary Hearing Date: 10/31/2014 Time: 9:00 am Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 10/30/2014 | Defendant Preventively Detained pursuant to 23-1322(b) | Defendant Preventively Detained pursuant to 23-1322(b) The following event: Presentment scheduled for 10/30/2014 at 1:00 pm has been resulted as follows: Result: Preventive Detention Judge: HOWZE, KAREN Location: Courtroom C-10 Charge #1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |
| 10/30/2014 | CJA Contribution Ordered | CJA Contribution Ordered ( ORDER HOLD UNTIL THE NEXT HEARING) |
| 10/30/2014 | Attorney Appointed/Dismissed | Attorney Appointed (PDS) Attorney WONG, JOSEPH representing Defendant (Criminal) WINSTON, KEVIN as of 10/30/2014 KEVIN WINSTON (Defendant (Criminal)): ; JOSEPH WONG (Attorney) on behalf of KEVIN WINSTON (Defendant (Criminal)): Judge KAREN HOWZE on behalf of Judge MILTON C LEE |
| 10/30/2014 | Event Scheduled | Event Scheduled Event: Presentment Date: 10/30/2014 Time: 1:00 pm Judge: HOWZE, KAREN Location: Courtroom C-10 |
| 10/30/2014 | Charge Filed | Charge Filed Charge 1: Carrying a Pistol Without a License (Outside Home or Place of Business) 2014 |