IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

[Proposed] ORDER

This matter came before the Court on Plaintiffs' motion to hold Defendants in contempt.

Defendants are hereby ORDERED TO SHOW CAUSE, by _____, 2014, why they should not be held in contempt for violating this Court's injunction entered July 26, 2014.

SO ORDERED.

This the _____ day of November, 2014.


_____
The Hon. Frederick J. Scullin
United States District Judge