# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TOM G. PALMER**, *et al.* ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | Civil Action No. 09-01482 (FJS) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE

Defendants, by and through undersigned counsel, hereby respectfully note that, by Order dated March 26, 2015 (copy attached), the Ninth Circuit in *Peruta v. County of San Diego*, No. 10-56971, voted to rehear the case *en banc*, and vacated the panel opinion.

DATE: April 10, 2015    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

       /s/ Toni M. Jackson
TONI M. JACKSON
Chief, Equity Section
Bar Number 453765
Office of the Attorney General
One Judiciary Square
6th Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9784
E-mail: toni.jackson@dc.gov

                         /s/ Andrew J. Saindon
                      ANDREW J. SAINDON, D.C. Bar No. 456987
                      Senior Assistant Attorney General
                      Equity Section
                      441 Fourth Street, N.W., 6th Floor South
                      Washington, D.C. 20001
                      Telephone: (202) 724-6643
                      Facsimile: (202) 730-1470
                      E-mail: andy.saindon@dc.gov