# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-7180                  September Term, 2014

1:09-cv-01482-FJS

Filed On: April 2, 2015 [1545602]

Tom G. Palmer, et al.,

         Appellees

v.

District of Columbia and Cathy L. Lanier,

         Appellants

## ORDER

Upon consideration of appellants' motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                BY:     /s/
                            Mark A. Butler
                            Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk