UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TOM G. PALMER, *et al.*  )
 )
       Plaintiffs,  )
 )
v.  )  Civil Action No. 09-01482 (FJS)
 )
DISTRICT OF COLUMBIA, *et al.*,  )
 )
       Defendants.  )

---

ORDER

Upon consideration of the Defendants' Second Consent Motion to Stay Briefing on Attorney Fees, the Memorandum of Points and Authorities in Support thereof, opposing counsel's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Second Consent Motion to Stay Briefing on Attorney Fees be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that briefing on Attorney Fees is hereby STAYED until the later of

a.) 30 days after a decision on plaintiffs' pending (1) Motion for Permanent Injunction, or (2) Motion to Hold Defendants in Contempt, or

b.) 30 days after the issuance of the mandate on any appeal of those decisions.

SO ORDERED.

DATE: April 7, 2015

*/s/ Frederick J. Scullin, Jr.*
FREDERICK J. SCULLIN, JR.
Senior United States District Court Judge