IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOM G. PALMER, et al., | ) | Case No. 09-CV-1482-FJS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

JOINT MOTION TO DISMISS REMAINING CLAIMS

PLEASE TAKE NOTICE that the parties have settled their remaining dispute regarding the payment of attorney fees and expenses.

Pursuant to that settlement agreement, the parties jointly move to dismiss the remaining claims.

Dated: August 13, 2015                    Respectfully submitted,

Alan Gura (D.C. Bar No. 453449)
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By:   /s/ Alan Gura
Alan Gura

Attorney for Plaintiffs

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General,
Public Interest Division

1

TONI MICHELLE JACKSON
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, DC 20001
Telephone: (202) 724-6643
Email: andy.saindon@dc.gov

Attorney for the Defendants